Wolfgang F. Hahn, Esq. (SBN # 061385)
WOLFGANG F. HAHN + ASSOCIATES
7160 Caminito Pepino
La Jolla, California 92037
Telephone :  858. 535. 1000
Telecopier :  858. 456. 5080
E-Mail      :  ellobo1@san.rr.com

John F. Fitzmaurice, Esq. (SBN # 061129)
FITZMAURICE & DEMERGIAN
1061 Tierra del Rey, Suite 204
Chula Vista, California 91910
Telephone :  619. 591. 1000
Telecopier :  619. 591. 1010
E-Mail      :  fitz01@earthlink.net

Attorneys for Plaintiff SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC

[SPACE BELOW PROVIDED FOR FILING STAMP ONLY]

```
┌─────────────────────────────────┐
│ ✓ FILED        ____ LODGED       │
│ ____ RECEIVED  ____ COPY         │
│                                  │
│         JUL 2 3 2008             │
│                                  │
│   CLERK U S DISTRICT COURT       │
│     DISTRICT OF ARIZONA          │
│ BY_____ B  DEPUTY     │
└─────────────────────────────────┘
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC, a California limited liability company;

                                    Plaintiffs,

        v.

IMH SECURED LOAN FUND, LLC, a Delaware limited liability company; INVESTORS MORTGAGE HOLDINGS, INC., an Arizona corporation; MASTERS DEVELOPMENTS PROPERTIES, LLC, an Arizona limited liability company; GRYFFON PROPERTY MANAGEMENT, LLC, an Arizona limited liability company; GRYFFON INVESTEMENTS, an entity of unknown type and origin; GRYFFON TRUST, an entity of unknown type and origin; SHANE ALBERS, an individual; WILLIAM MERIS, an individual;

Case No. CV '08 1359 PHX SRB

COMPLAINT FOR FRAUD – INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, NEGLIGENT MISREPRESENTATION, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE,  CIVIL

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND  CONVERSION

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC  v. IMH SECURED LOAN FUND, ET AL.                                              PAGE 1

ORIGINAL

EDWARD A. LOEW, an individual; VINCENT W. GOETT, an individual; MELISSA GOETT, nee MELISSA TURNER-GOETT, an individual; RON L. STEINBRUNNER, an individual; BRITTNEY L. STEINBRUNNER, an individual; EMERALD COAST INVESTMENT PROPERTIES, LLC, an Arizona limited liability company; WILLIAM D. GOTSES, an individual; and DOES 1 Through 100, inclusive;

Defendants.

| LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION |

Plaintiff SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC ("plaintiff SOUTHWEST"), and for causes of action as and against these defendants, and each of them, alleges as follows:

## NATURE OF THE ACTION

This action arises from a scheme by which plaintiff SOUTHWEST and its seventeen (17) investors were defrauded of over Two Million Five Hundred Thousand Dollars ($2,500,000) orchestrated through a combination of false and fraudulent representations, pretenses and promises, non-disclosure and massive concealment of material facts and omissions by a totally unscrupulous and effectively bankrupt charlatan with no more moral sense than a shark has a nervous system, artificially propped up, assisted and aided and abetted through a series of unsound loans placed utilizing highly questionable mortgage practices and procedures, supported by a seemingly never-ending stream of artificially inflated appraisals by a willing participatory mortgage lender with an extremely permissive corporate culture and with whom he had an extensive and close relationship and with whose top executives he interacted constantly during 2005 through 2008.

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 2

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

## PARTIES

1.    At all times relevant hereto, plaintiff SOUTHWEST and its investors is, and was a California limited liability company, validly existing under the laws of the State of California, having been formed on 21 October 2005 by Gary Erickson. (LLC No. 200530410079) [1]. Since its inception, plaintiff SOUTHWEST has been operated and managed by its Managers, Gary Erickson, Eric Ross and James Dolan.

2.    At all times relevant hereto, plaintiff SOUTHWEST was a member of FLAGSTAFF FAIRWAY ESTATES PARTNERS, LLC ("Borrower FLAGSTAFF-LLC"), an Arizona limited liability company, validly existing under the laws of the State of Arizona, having been formed on 7 November 2005 by defendants VINCENT W. GOETT and MASTERS DEVELOPMENTS PROPERTIES, LLC and record owner of the WEDGE Property.

### A.    The IMH Defendants

3.    Plaintiff SOUTHWEST is informed and believes, and thereon alleges that, at all times relevant hereto, defendant IMH SECURED LOAN FUND, LLC ("defendant LENDER-IMH") is a Delaware limited liability company, with its principal place of business in Maricopa County and has caused acts and/or events to occur in said County out of which plaintiff SOUTHWEST's claims arose. Plaintiff SOUTHWEST is further informed and believes, and thereon alleges that, at all times relevant hereto, that defendant LENDER-IMH was organized in May 2003, commenced operations in August 2003 and defendant LENDER-IMH is currently a publicly reporting company under § 12(g), Securities Exchange Act of 1934 (as amended).

4.    Plaintiff SOUTHWEST is informed and believes, and thereon alleges that, at

---

[1]    SOUTHWEST's Articles of Organization were filed with the California Secretary of State on 21 October 2005 by Gary Erickson. (LLC No. 200530410079).

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

all times relevant hereto, defendant INVESTORS MORTGAGE HOLDINGS, INC. ("defendant MANAGER-IMH") is an Arizona corporation, validly existing under the laws of the State of Arizona, having been formed in 1997 with its principal place of business in Maricopa County and has caused acts and/or events to occur in said County out of which plaintiff SOUTHWEST's claims arose.. Plaintiff SOUTHWEST is further informed and believes, and thereon alleges that defendant MANAGER IMH is licensed mortgage broker by the State of Arizona and owns and controls a wholly-owned subsidiary, namely INVESTORS MORTGAGE HOLDINGS CALIFORNIA, INC., a licensed California real estate broker.

5.    Plaintiff SOUTHWEST is informed and believes, and thereon alleges that, at all times relevant hereto, defendant LENDER-IMH, through its managerial arm defendant MANAGER-IMH, specializes in the origination, funding and placement of short-term commercial mortgage loans collateralized by first mortgages on real property, located anywhere in the United States, primarily however in the Southwest. Plaintiff SOUTHWEST is informed and believes, and thereon alleges that, at all times relevant hereto, defendant LENDER-IMH obtains its funding from the sale of limited liability company interests to accredited investors in a continuous private placement at is allegedly exempt from registration under the Securities Act.

6.    Plaintiff SOUTHWEST is informed and believes, and thereon alleges that, at all times relevant hereto, defendant LENDER-IMH "ha(d) no directors, officers or employees" and depends entirely on defendant MANAGER-IMH to manage its operations. Both defendants LENDER-IMH and MANAGER-IMH maintain offices at 11333 N. Scottsdale Road, Suite 160, Scottsdale, Arizona 85254. *Form 10-K, Ann. Reprt. d. 31 Dec. 2007, Sec. Exchge. Comm.*

7.    Plaintiff SOUTHWEST is informed and believes, and thereon alleges that, at

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 4

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

all times relevant hereto, both defendants LENDER-IMH and MANAGER-IMH are subject to oversight by various state and federal regulatory authorities, including but not limited to, the Arizona Corporations Commissioner ("ACC"), the Securities Division of the ACC, the Arizona Department of Revenue, the Arizona Department of Financial Institutions, the Securities and Exchange Commission and the Internal Revenue Service.

8.    Plaintiff SOUTHWEST is informed and believes, and thereon alleges that, at all times relevant hereto, defendant SHANE ALBERS ("defendant ALBERS") is a resident of Maricopa County, State of Arizona.

9.    Plaintiff SOUTHWEST is informed and believes, and thereon alleges that, at all times relevant hereto, both defendants LENDER-IMH and MANAGER-IMH are wholly controlled by defendant ALBERS, defendants LENDER-IMH and MANAGER-IMH's founder, chairman and CEO. Plaintiff SOUTHWEST is further informed and believes, and thereon alleges that, at all times relevant hereto, defendant ALBERS was the key and essential decision-maker for both defendants LENDER-IMH and MANAGER-IMH and defendant ALBERS was effectively in-charge and responsible for defendants LENDER-IMH and MANAGER-IMH's business operations and the overall implementation of defendant LENDER-IMH and MANAGER-IMH's lending strategies, policies and procedures, its strategic positioning and its loan portfolio as well as the implementation and execution of the company's corporate vision.

10.    Plaintiff SOUTHWEST is informed and believes, and thereon alleges that, at all times relevant hereto, defendant ALBERS was the chairman of defendant LENDER-IMH's Loan Committee and served as "the primary author of corporate underwriting standards and loan administrative policy." Plaintiff SOUTHWEST is further informed and believes, and thereon alleges

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 5

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

that, at all times relevant hereto, defendant ALBERS is licensed as the "responsible individual" for defendant LENDER-IMH's mortgage broker's license in Arizona, has "over fourteen years of lending, underwriting and title experience, during which time he has "originated nearly $500 million in private and institutional construction and debt financing for both residential and commercial projects" and "oversees the selection, structuring and underwriting of (all) mortgage investments in which (defendant LENDER-IMH) invests." *Form 10-K, Ann. Reprt. d. 31 Dec. 2007, Sec. Exchge. Comm.*

11.    Plaintiff SOUTHWEST is informed and believes, and thereon alleges that, at all times relevant hereto, defendant WILLIAM MERIS ("defendant MERIS") is a resident of Maricopa County, State of Arizona. Plaintiff SOUTHWEST is further informed and believes, and thereon alleges that, at all times relevant hereto, defendant MERIS served as president of defendants LENDER-IMH and MANAGER-IMH, was a member of defendant LENDER-IMH's Loan Committee and was responsible, together with defendant ALBERS, for defendants LENDER-IMH and MANAGER-IMH the "day-to-day" operations.

12.    Plaintiff SOUTHWEST is informed and believes, and thereon alleges that, at all times relevant hereto, defendant EDWARD A. LOEW ("defendant LOEW") is a resident of Maricopa County, State of Arizona and was employed as Senior Vice President – Lending and acted as the Loan Officer of defendants LENDER-IMH and MANAGER-IMH on all of the IMH loans involving defendants MASTERS and V-GOETT.

**B.    The MASTERS Defendants**

13.    Plaintiff SOUTHWEST is informed and believes, and thereon alleges that, at

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 6

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

all times herein mentioned, defendants VINCENT W. GOETT ("defendant V-GOETT") and MELISSA GOETT nee MELISSA TURNER-GOETT ("defendant MT-GOETT") are husband and wife, reside at 6400 48th Street, Paradise Valley, County of Maricopa, State of Arizona 85253 and are residents of Maricopa County, State of Arizona. Any and all actions alleged herein concerning defendant V-GOETT has been taken on behalf of the marital community existing between himself and defendant MT-GOETT, and that marital community is liable for said actions.

14. Plaintiff SOUTHWEST is informed and believes, and thereon alleges that, at all times relevant hereto, defendant RON L. STEINBRUNNER ("defendant R/STEINBRUNNER") and BRITTNEY L. STEINBRUNNER ("defendant B/STEINBRUNNER") are husband and wife, reside at 12829 Sorrel Lane, Scottsdale, County of Maricopa, State of Arizona 85259. Any and all actions alleged herein concerning defendant R/STEINBRUNNER have been taken on behalf of the marital community existing between himself and defendant B/STEINBRUNNER and that marital community is liable for said actions.

15. Plaintiff SOUTHWEST is informed and believes, and thereon alleges that, at all times relevant hereto, defendant R/STEINBRUNNER was a Member of defendant MASTERS and a member of defendant MASTERS' executive management team, "responsible for. . . . the operational aspects of accounting, financial reporting, budgeting/forecasting and information systems for the Company".

16. Plaintiff SOUTHWEST is informed and believes, and thereon alleges that, at all times relevant hereto, defendant WILLIAM D. GOTSES ("defendant GOTSES") resides at 7907 Caminito del Cid, County of San Diego, State of California. Plaintiff SOUTHWEST is informed

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 7

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

and believes, and thereon alleges that, at all times relevant hereto, defendant GOTSES was a member of defendant MASTERS' management team.

17.    Plaintiff SOUTHWEST is informed and believes, and thereon alleges that, at all times herein mentioned, defendant MASTERS DEVELOPMENTS PROPERTIES, LLC ("defendant MASTERS") is an Arizona limited liability company, validly existing under the laws of the State of Arizona, [2] having been formed on 27 January 2005 by defendant V-GOETT with its principal place of business in Maricopa County and has caused acts and/or events to occur in said County out of which plaintiff SOUTHWEST's claims arose.  Plaintiff SOUTHWEST is further informed and believes, and thereon alleges that, at all times herein mentioned, acted as the Manager and a Member of Borrower FLAGSTAFF-LLC.

18.    Plaintiff SOUTHWEST is informed and believes, and thereon alleges that, at all times herein mentioned, is managed by GRYFFON PROPERTY MANAGEMENT, LLC, ("defendant GRYFFON") is a Arizona limited liability company, validly existing under the laws of the State of Arizona[3], having been formed by defendant V-GOETT on 27 January 2005, with its principal place of business in Maricopa County and has caused acts and/or events to occur in said County out of which plaintiff SOUTHWEST's claims arose.

19.    Plaintiff SOUTHWEST is informed and believes, and thereon alleges that, at all times herein mentioned, defendant GRYFFON INVESTEMENTS, ("defendant GRYFFON"), an entity of unknown type and origin, formed by defendant V-GOETT, with its principal place of business in Maricopa County and has caused acts and/or events to occur in said County out of which plaintiff SOUTHWEST's claims arose.

---

[2]    Ariz. Secy. Of State/File No. L-1178477-3
[3]    Ariz. Secy. Of State/File No. L-1178475-1

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE,  CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 8

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

20.    Plaintiff SOUTHWEST is informed and believes, and thereon alleges that, at all times herein mentioned, is managed by GRYFFON TRUST, ("defendant GRYFFON TRUST") an entity of unknown type and origin, formed by defendant V-GOETT, with its principal place of business in Maricopa County and has caused acts and/or events to occur in said County out of which plaintiff SOUTHWEST's claims arose.

21.    Plaintiff SOUTHWEST is informed and believes, and thereon alleges that, at all times herein mentioned, defendant MASTERS as well as defendant GRYFFON TRUST, defendant GRYFFON INVESTEMENTS and defendant GRYFFON TRUST (collectively, the "GRYFFON Entities") were managed and wholly controlled by defendant V-GOETT.

22.    Plaintiff SOUTHWEST is informed and believes, and thereon alleges that, at all times herein mentioned, defendant EMERALD COAST INVESTMENT PROPERTIES, LLC ("defendant EMERALD COAST") is an Arizona limited liability company, validly existing under the laws of the State of Arizona[4], having been formed on 14 October 2003 by defendant R/STEINBRUNNER with its principal place of business in Maricopa County and has caused acts and/or events to occur in said County out of which plaintiff SOUTHWEST's claims arose. Plaintiff SOUTHWEST is further informed and believes, and thereon alleges that, at all times herein mentioned, defendant EMERALD COAST is owned and wholly controlled by defendant R/STEINBRUNNER and was a Member of defendant MASTERS .

C.    **Fictitious Persons And Entities Allegations ("Doe Allegations")**

23.    The true names and capacities, whether individual, corporate, associate or otherwise of defendants named herein as DOES 1 through 100, inclusive, are unknown to plaintiff

---

[4]    Ariz. Secy. State - File Number: L-1098917-0

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's  COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE,  CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND  CONVERSION

PAGE 9

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC  v. IMH SECURED LOAN FUND, ET AL.

SOUTHWEST, who is informed and believes and thereon alleges, that each of said fictitiously named defendants is liable to plaintiff SOUTHWEST on the cause(s) of action herein alleged, and therefore plaintiff SOUTHWEST sues each said defendant by such fictitious names. Plaintiff SOUTHWEST will move to amend this Complaint to show the true names and capacities of said fictitiously named defendants when the same have been ascertained.

24.     Plaintiff SOUTHWEST is informed and believes, and thereon alleges, that at all times herein mentioned, defendants, and each of them, was the agent, servant and/or employee of each of their co-defendant, and in doing the things herein mentioned, was acting in the scope of their authority as agent, servant, and/or employee of their co-defendant.

## JURISDICTION AND VENUE

25.     This Court's jurisdiction is based upon 28 U.S.C. §§ 1331 and 1332 (1), 18 U.S.C. §§ 1964(a) and applicable principles of supplemental jurisdiction under 28 U.S.C. §1367(a).

26.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(a)(1).

## ALTER EGO[5] AS TO DEFENDANTS MASTERS/GOETT ENTITIES

27.     Plaintiff SOUTHWEST is informed and believes, and thereon alleges that, at all times herein mentioned, defendants V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, were either members, officers, and/or owners of membership interests, and/or controlled all legal and/or equitable interests of defendant MASTERS. There exists, and at all times mentioned herein existed, a unity of

---

[5]     Gatecliff v. Great Republic Life Ins. Co. (1991) 170 Ariz. 34, 37 (cit. Dietel v. Day (1972) 16 Ariz. 206, 208); See, also, Cammon Consultants Corp. v. Day (App.1994) 181 Ariz. 232, 233; Oldenburger v. Del E. Webb Dec. Co. (App.1988) 159 Ariz.129, 134.

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

interest and control in ownership between these defendants, and each of them, and defendant MASTERS, such that any individuality and separateness between these defendants, and each of them, and defendant MASTERS have ceased, and defendant MASTERS is the "*alter ego*" of these defendants, and each of them, because defendant MASTERS is, and at all times mentioned herein, was a mere shell and sham without capital, assets, membership interests or shares. Defendant MASTERS was conceived, intended and used by defendants V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, as a device or artifice designed to avoid individual liability and for the purpose of substituting a financially insolvent corporation in the place and stead of these individual defendants, and each of them.

28.     Plaintiff SOUTHWEST is informed and believes and thereon alleges that, at no time after defendant MASTERS was formed, were any membership interests issued or authorized to be issued, nor has any permit for issuance of membership interests been applied for with the Arizona Corporations Commissioner. Defendant MASTERS was never properly and adequately capitalized when compared with the real estate and business resort operations that these defendants engaged in, or intended to engage in, with the risks of loss attendant thereto and accordingly, its capitalization was at all times illusory and trifling.

29.     Plaintiff SOUTHWEST is informed and believes and thereon alleges that at all times mentioned herein, defendant MASTERS was the "*alter ego*" of these aforementioned defendants, and each of them, and there exists, and at all times herein mentioned existed, a unity of interest and control in ownership between these defendants, and each of them, such that any separateness has ceased to exist in that these aforementioned defendants, and each of them, used assets of the limited liability company for their personal uses, caused assets of the

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 11

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

limited liability company to be transferred to them, or other entities, without adequate consideration, and withdrew funds from the limited liability company's bank accounts for their personal use.

30.    Plaintiff SOUTHWEST is informed and believes and thereon alleges that defendants V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, completely controlled, dominated, managed and operated defendant MASTERS and intermingled the assets of defendant MASTERS to suit the convenience of these defendants, and each of them, in order to avoid payment of the obligations owed to creditors by defendant MASTERS and defendant MASTERS is, and at all times mentioned was, a mere shell, instrumentality and conduit through which these defendants, and each of them, carried on their business in the corporate name exactly as they had conducted it previous to its formation, exercising complete control and dominance of such business to such an extent that any individuality or separateness of defendant MASTERS and these defendants, and each of them, does not exist and at all times mentioned herein did not exist.

31.    Plaintiff SOUTHWEST is informed and believes and thereon alleges that defendant MASTERS is, at all times mentioned herein, was controlled, dominated and operated by these defendants, and each of them as their individual business and "*alter ego*", in that the activities and business of defendant MASTERS was carried out without the holding of directors or members' meetings, no record or minutes of any company proceedings were maintained, and defendants, and each of them, entered into personal transactions with defendant MASTERS without approval of the other directors, officers and/or members.

32.    Plaintiff SOUTHWEST is informed and believes and thereon alleges that

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 12

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

adherence to the fiction of the separate existence of defendant MASTERS as an entity distinct from defendants V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES and each of them, would permit an abuse of the corporate privilege and would sanction fraud and promote injustice.

## ALTER EGO AS TO DEFENDANTS GOETTS/GRYFFON ENTITIES

33.    Plaintiff SOUTHWEST is informed and believes, and thereon alleges that, at all times herein mentioned, defendants V-GOETT and MT-GOETT were either members, officers, and/or owners of membership interests, and/or controlled all legal and/or equitable interests of defendants GRYFFON PROPERTY MANAGEMENT, LLC, defendant GRYFFON INVESTEMENTS and defendant GRYFFON TRUST (collectively, the "GRYFFON Entities"). There exists, and at all times mentioned herein existed, a unity of interest and control in ownership between these defendants V-GOETT and MT-GOETT, and each of them, and defendant GRYFFON Entities, such that any individuality and separateness between these defendants, and each of them, and defendant GRYFFON Entities have ceased, and defendant GRYFFON Entities are the "*alter ego*" of these defendants, and each of them, because defendant GRYFFON Entities is, and at all times mentioned herein, was a mere shell and sham without capital, assets, membership interests or shares. Defendant GRYFFON Entities were conceived, intended and used by defendants V-GOETT and MT-GOETT, and each of them, as a device or artifice designed to avoid individual liability and for the purpose of substituting a financially insolvent corporation in the place and stead of these individual defendants, and each of them.

34.    Plaintiff SOUTHWEST is informed and believes and thereon alleges that, at no times after defendant GRYFFON Entities were formed, were any membership interests issued or

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

authorized to be issued, nor has any permit for issuance of membership interests been applied for with the Arizona Corporations Commissioner. Defendant GRYFFON Entities were never properly and adequately capitalized when compared with the real estate and business resort operations that these defendants engaged in, or intended to engage in, with the risks of loss attendant thereto and accordingly, its capitalization was at all times illusory and trifling.

35.     Plaintiff SOUTHWEST is informed and believes and thereon alleges that at all times mentioned herein, defendant GRYFFON Entities were the "*alter ego*" of defendants V-GOETT and  MT-GOETT, and each of them, and there exists, and at all times herein mentioned existed, a unity of interest and control in ownership between these defendants, and each of them, such that any separateness has ceased to exist in that these aforementioned defendants, and each of them, used assets of the limited liability company for their personal uses, caused assets of the limited liability company to be transferred to them, or other entities, without adequate consideration, and withdrew funds from the limited liability company's bank accounts for their personal use.

36.     Plaintiff SOUTHWEST is informed and believes and thereon alleges that defendants V-GOETT and  MT-GOETT, and each of them, completely controlled, dominated, managed and operated defendant GRYFFON Entities and intermingled the assets of defendant GRYFFON Entities to suit the convenience of these defendants, and each of them, in order to avoid payment of the obligations owed to creditors by defendant GRYFFON Entities and defendant GRYFFON Entities are, and at all times mentioned were, mere shells, instrumentalities and conduits through which these defendants, and each of them, carried on their business in the corporate name exactly as they had conducted it previous to its formation, exercising complete

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's  COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION,  CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE  OF UNREGISTERED  SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE,  CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND  CONVERSION

PAGE 14

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC  v. IMH SECURED LOAN FUND, ET AL.

control and dominance of such business to such an extent that any individuality or separateness of defendant GRYFFON Entities and these defendants, and each of them, does not exist and at all times mentioned herein did not exist.

37.    Plaintiff SOUTHWEST is informed and believes and thereon alleges that defendant GRYFFON Entities are, at all times mentioned herein, were controlled, dominated and operated by these defendants, and each of them as their individual business and "*alter ego*", in that the activities and business of defendant GRYFFON Entities was carried out without the holding of directors or members' meetings, no record or minutes of any company proceedings were maintained, and defendants, and each of them, entered into personal transactions with defendant GRYFFON Entities without approval of the other directors, officers and/or members.

38.    Plaintiff SOUTHWEST is informed and believes and thereon alleges that adherence to the fiction of the separate existence of defendant GRYFFON Entities are entities distinct from defendants V-GOETT and MT-GOETT, and each of them, would permit an abuse of the corporate privilege and would sanction fraud and promote injustice.

## ALTER EGO AS TO DEFENDANTS R/STEINBRUNNER-B/STEINBRUNNER AND EMERALD COAST PROPERTY INVESTMENTS

39.    Plaintiff SOUTHWEST is informed and believes, and thereon alleges that, at all times herein mentioned, defendants R/STEINBRUNNER and B/STEINBRUNNER were either members, officers, and/or owners of membership interests, and/or controlled all legal and/or equitable interests of defendant EMERALD COAST. There exists, and at all times mentioned herein existed, a unity of interest and control in ownership between these defendants, and each of them, and defendant EMERALD COAST, such that any individuality and separateness between

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 15

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

these defendants, and each of them, and defendant EMERALD COAST have ceased, and defendant EMERALD COAST is the *"alter ego"* of these defendants, and each of them, because defendant EMERALD COAST is, and at all times mentioned herein, was a mere shell and sham without capital, assets, membership interests or shares. Defendant EMERALD COAST was conceived, intended and used by defendants R/STEINBRUNNER and B/STEINBRUNNER, and each of them, as a device or artifice designed to avoid individual liability and for the purpose of substituting a financially insolvent corporation in the place and stead of these individual defendants, and each of them.

40.     Plaintiff SOUTHWEST is informed and believes and thereon alleges that, at no times after defendant EMERALD COAST was formed, were any membership interests issued or authorized to be issued, nor has any permit for issuance of membership interests been applied for with the Arizona Corporations Commissioner. Defendant EMERALD COAST was never properly and adequately capitalized when compared with the real estate and business resort operations that these defendants engaged in, or intended to engage in, with the risks of loss attendant thereto and accordingly, its capitalization was at all times illusory and trifling.

41.     Plaintiff SOUTHWEST is informed and believes and thereon alleges that at all times mentioned herein, defendant EMERALD COAST was the *"alter ego"* of these aforementioned defendants, and each of them, and there exists, and at all times herein mentioned existed, a unity of interest and control in ownership between these defendants, and each of them, such that any separateness has ceased to exist in that these aforementioned defendants, and each of them, used assets of the limited liability company for their personal uses, caused assets of the limited liability company to be transferred to them, or other entities, without adequate

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's  COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE  OF UNREGISTERED  SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE,  CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND  CONVERSION

PAGE 16

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC  v. IMH SECURED LOAN FUND, ET AL.

consideration, and withdrew funds from the limited liability company's bank accounts for their personal use.

42.    Plaintiff SOUTHWEST is informed and believes and thereon alleges that defendants R/STEINBRUNNER and B/STEINBRUNNER, and each of them, completely controlled, dominated, managed and operated defendant EMERALD COAST and intermingled the assets of defendant MASTERS to suit the convenience of these defendants, and each of them, in order to avoid payment of the obligations owed to creditors by defendant EMERALD COAST and defendant EMERALD COAST is, and at all times mentioned was, a mere shell, instrumentality and conduit through which these defendants, and each of them, carried on their business in the corporate name exactly as they had conducted it previous to its formation, exercising complete control and dominance of such business to such an extent that any individuality or separateness of defendant EMERALD COAST and these defendants, and each of them, does not exist and at all times mentioned herein did not exist.

43.    Plaintiff SOUTHWEST is informed and believes and thereon alleges that defendant EMERALD COAST is, at all times mentioned herein, was controlled, dominated and operated by these defendants, and each of them as their individual business and "*alter ego*", in that the activities and business of defendant EMERALD COAST was carried out without the holding of directors or members' meetings, no record or minutes of any company proceedings were maintained, and defendants, and each of them, entered into personal transactions with defendant EMERALD COAST without approval of the other directors, officers and/or members.

44.    Plaintiff SOUTHWEST is informed and believes and thereon alleges that adherence to the fiction of the separate existence of defendant EMERALD COAST as an entity distinct

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's  COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE  OF UNREGISTERED  SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE,  CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND  CONVERSION

PAGE 17

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC  v. IMH SECURED LOAN FUND, ET AL.

from defendants R/STEINBRUNNER and B/STEINBRUNNER, and each of them, would permit an abus of the corporate privilege and would sanction fraud and promote injustice.

## FACTUAL BASIS FOR CLAIMS

### A.    Background of Flagstaff Ranch Community and Its FRGC Master Developer.

45.    The Flagstaff Ranch Community consists of 443 single family lots and attached residential units intended for the construction of luxury single-family homes, townhomes and condominiums. The Flagstaff Ranch Golf Club consists of an 18-hole championship golf course designed by former U.S. Open champion Jerry Pate, 18-hole putting course, a practice range, putting green, clubhouse facilities, pro-shop and a community center, for which construction is substantially completed.

46.    Adjacent to the Flagstaff Ranch Community, but not annexed thereto, is an undeveloped  gently sloping 48.96 acre (gross) with 41.7 acres (net) triangular-shaped real property parcel, zoned RR (residential rural) commonly known as the "WEDGE" or the "WEDGE Property". (Coconino County Parcel No. 112-08-004). Allegedly it is planned for a Planned Residential Development encompassing 199 residential units and 2 commercial sites. A true an correct copy of the legal description of the WEDGE Property, together with a visual depiction of the WEDGE's location in contrast to the Flagstaff Ranch Community, is marked as Exhibit A, attached hereto and by this reference is incorporated herein.

47.    At all times relevant herein, FRGC Development, LLC ("FRGC Master Developer"), an Arizona limited liability company, was the master developer of the Flagstaff Ranch Residential Development ("Flagstaff Ranch Community") and Flagstaff Ranch Golf Club, located

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's  COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE,  CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND  CONVERSION

PAGE 18

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC  v. IMH SECURED LOAN FUND, ET AL.

in Flagstaff, Arizona. FRGC Master Developer undertook the development of the Flagstaff Ranch Community under a Development Agreement dated 30 June 2000 between FRGC Master Developer, Flagstaff Ranch Development, LLC ("FRD"), Aspen Shadows Estates, LLC, Aspen Ridge Estates, LLC. The joint Development Agreement between the parties set forth a schedule of required developments and improvements, pursuant to certain specified guidelines and timelines.

47.    During the construction process, various disputes arose between the various parties regarding the financing and management of the Flagstaff Ranch Community. These disputes ultimately lead to FRD and the Aspen entities filing a Complaint on February 2005(Case No. 2005-002862) in the Maricopa County Superior Court ("State Court Litigation") against FRGC Master Developer and its related parties. In their Complaint, plaintiffs FRD and Aspen alleged that FRGC Master Developer had failed to complete the required improvements outlined in the Development Agreement by the deadlines set for the therein and sought the appointment of a receiver, an application which the Court granted.

48.    On 10 June 2005,  FRD, the Aspen entities and FRGC Master Developer executed a written Settlement Agreement effectively resolving their disputes. Under the terms of the Settlement Agreement, the State Court Litigation was dismissed; however, the Court-appointed receiver stayed in place until the terms of the Settlement Agreement had been completed.

### B.    History of IMH Loans at Flagstaff Ranch Community.

49.    Plaintiff SOUTHWEST is informed and believes and thereon alleges that, towards the end of 2004 (while defendant V-GOETT was still in his Chapter 11 bankruptcy) and the beginning of 2005, defendant V-GOETT, commenced discussions and negotiations with representatives of FRGC Master Developer as to the purchase of various lots within the Flagstaff

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's  COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION,  CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE  OF UNREGISTERED  SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE,  CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND  CONVERSION

PAGE 19

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC  v. IMH SECURED LOAN FUND, ET AL.

Ranch Community. Plaintiff SOUTHWEST is further informed and believes and thereon alleges that, over a period of time, defendant V-GOETT was substantially involved in arranging several bulk lot purchases at the Flagstaff Ranch Community, in return for which defendant V-GOETT received substantial and significant "finder's" or transaction fees.

50.    Plaintiff SOUTHWEST is informed and believes and thereon alleges that, at some time presently unknown to plaintiff SOUTHWEST, defendant V-GOETT introduced defendants LENDER-IMH, MANAGER-IMH and ALBERS to the principals of FRGC Master Developer and their Flagstaff Ranch Community and that as a result of defendant V-GOETT's introduction, on or about 26 May 2004, defendant LENDER-IMH, through its MANAGER-IMH, made a construction loan to FRGC Master Developer in the maximum amount of $16,750,000 (the "FRGC Construction Loan"), evidenced by certain documents all dated 21 May 2004, including but not limited to: Loan Agreement between defendant LENDER-IMH and FRGC Master Developer, Promissory Note in the original amount of $16,750,000, Deed of Trust, Assignment of Rents and Security Agreement, Guaranty Agreement in favor of defendant LENDER-IMH executed by principals of FRGC Master Developer and certain other loan documents.

51.    Plaintiff SOUTHWEST is informed and believes and thereon alleges that, FRGC Master Developer's construction efforts stalled because defendant LENDER-IMH failed to produce a significant portion of the $16,750,000 FRGC Construction Loan that it had contractually obligated itself to fund and that such failure was based upon the fact that defendant LENDER-IMH had insufficient funds to meet its financial obligations to FRGC Master Developer under the terms of FRGC Construction Loan Documents.

52.    Plaintiff SOUTHWEST is informed and believes and thereon alleges that,

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 20

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

rather than admitting its lack of sufficient funds to meet its financial obligations to FRGC Master Developer under the terms of FRGC Construction Loan Documents, defendant LENDER-IMH, instead, declared FRGC Master Developer Construction Loan "in default".

53.    Plaintiff SOUTHWEST is informed and believes and thereon alleges that, prior to the purchase and sale of the WEDGE Property arranged by defendant V-GOETT in October-November 2005, an individual by the name of Lyn Hagen had the WEDGE Property in escrow for an amount in excess of Nine Million Dollars ($9,000,000)

### C.    The WEDGE Property Transaction

54.    In July 2005, defendant V-GOETT was introduced to Gary Erickson, Eric Ross and James Dolan (plaintiff SOUTHWEST's future managers) by defendant GOTSES, a La Jolla-based financial planner employed by Bank of America, and defendant V-GOETT, by way of representations, both oral and in writing, subsequently induced plaintiff SOUTHWEST, its Managers and its investors to invest approximately One Million Eight Hundred Seventy-Five Thousand Dollars ($1,875,000.00) as an initial capital contribution to Borrower FLAGSTAFF-LLC - an entity that was to be formed by defendant V-GOETT to purchase the WEDGE Property. According to defendant V-GOETT, Borrower FLAGSTAFF-LLC would be formed for "the purpose of acquiring, managing, developing" and "obtaining entitlements" for the development the WEDGE property.

55.    Fraudulent Misrepresentations.    During the course of their discussions and negotiations, defendant V-GOETT, on behalf of defendant MASTERS, its Members and himself, individually, made the following material promises, representations and warranties to plaintiff SOUTHWEST, its Managers, Gary Erickson, Eric Ross and James Dolan and its investors,

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's  COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE  OF UNREGISTERED  SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE,  CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND  CONVERSION

PAGE 21

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC  v. IMH SECURED LOAN FUND, ET AL.

relative to the WEDGE Property and the proposed WEDGE transaction:

(i)     Defendants MASTERS, and its Members, V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES collectively had a high net worth, figuring in the tens of millions of dollars;

(ii)    Defendants MASTERS, and its Members, V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES had substantial cash available for the WEDGE investment;

(iii)   Defendant V-GOETT was a "successful" real estate developer, had extensive experience in the area of real estate development, had a successful "track record" in the area of the development of residential golf course communities, having developed, built and operated many successful residential real estate developments;

(iv)    Defendant V-GOETT had extensive experience in the area of obtaining entitlements from governmental regulatory agencies, having "entitled" many large real estate properties;

(v)     The WEDGE Property could be purchased for approximately $8,000,000 from its then-current owner;

(vi)    As of June 19, 2004, the WEDGE Property had a fair market value, in an "AS-IS" condition of $8,200,000; a fair market value, in an "AS-IS COMPLETE" condition of $13,870,000 and upon governmental and regulatory approval, its subject lots had an "aggregate retail value" of $19,700,000;

(vii)   A combination of debt and equity would be utilized to finance the WEDGE transaction;

(viii)  In order to consummate the WEDGE transaction, an investment in the approximate of $2,200,000 to $2,400,000 was necessary;

(ix)    Defendants MASTERS, and its Members, defendants V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES would make a contribution to Borrower FLAGSTAFF-LLC in the amount of Five Hundred Thousand Dollars ($500,000), either in the form of a loan or capital contribution, if plaintiff

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 22

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

SOUTHWEST, its Managers and its investors could come up with approximately $1,850,000 either in the form of a loan or capital contribution;

(x)   Defendant V-GOETT had been meeting and negotiating with various conventional lenders, all of whom were extremely interested in lending on the WEDGE transaction;

(xi)   Defendants V-GOETT, MT-GOETT, or defendants MASTERS' Members were in the process of arranging a loan in the $6,000,000-$7,000,000 range;

(xii)   Borrower FLAGSTAFF-LLC's combined capital contributions in the range of $2,200,000-$2,400,000 would be utilized for down-payment, interest reserve for the one (1) year term of the loan and entitlements;

(xiii)   The WEDGE Property would only be encumbered by a "lien of the Company's purchase money lender" in the amount of the purchase price, less FLAGSTAFF-LLC's "down-payment;

(xiv)   The WEDGE Loan that defendant V-GOETT was arranging on the WEDGE transaction would be with a conventional lender, bank or financial institution, and not a "hard money" lender and the loan terms i.e. fees and points would at a conventional lender, bank or financial institution's "market rate" for creditworthy borrowers;

(xv)   Upon closing of the WEDGE transaction, given their "inside track", defendants MASTERS and V-GOETT would be able to "entitle" the WEDGE Property within "nine (9) to twelve (12) months" through the City of Flagstaff; and

(xvi)   Civil engineering for the rezoning, conceptual site plan, grading and drainage plans, sewer and water plans from tentative map through final mapping would run approximately $150,000 to $200,000;

(xvii)   The WEDGE Property would be approved and permitted for 199 residential units and two commercial sites by the City of Flagstaff, through a Planned Residential Development ("PRD").

56.   In September and October 2005, plaintiff SOUTHWEST and its investors,

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 23

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

through its Managers Gary Erickson, Eric Ross and James Dolan, reached agreement with defendants MASTERS/V-GOETT and committed themselves to investing One Million Eight Hundred Seventy-Five Thousand Dollars ($1,875,000.00) either an initial capital contribution or a loan. In return, defendants MASTERS/V-GOETT, on behalf of defendants MASTERS and its defendant Members, agreed and obligated themselves to contribute and fund a Five Hundred Thousand Dollar ($500,000.00) to Borrower FLAGSTAFF-LLC, either an initial capital contribution or a loan.

57.     In late October 2005, defendants MASTERS/V-GOETT, on behalf of defendants MASTERS and its defendant Members, represented to plaintiff SOUTHWEST, its Managers and its investors that defendants MASTERS/V-GOETT had entered into a Real Estate Sale Agreement ("Purchase Agreement") with FRGC Master Developer, whereby defendant MASTERS, as Buyer, agreed to buy and FRGC Master Developer, as Seller, agreed to sell the WEDGE Property for approximately Eight Million Dollars ($8,000,000.00).

58.     All of the negotiations with Seller FRGC Master Developer defendant LENDER-IMH and its manager, defendant MANAGER-IMH were handled solely and exclusively through defendants MASTERS/V-GOETT.

59.     To consummate the transaction, on or about 7 November 2005, defendants MASTERS/V-GOETT, on behalf of defendants MASTERS and its defendant Members, formed Borrower FLAGSTAFF-LLC and on or about 25 October 2005, defendants MASTERS/V-GOETT, on behalf of defendants MASTERS and its defendant Members, caused to be drafted and prepared an Operating Agreement for Borrower FLAGSTAFF-LLC.  A true an correct copy of Borrower FLAGSTAFF-LLC's  Operating Agreement dated 25 October 2005 is marked Exhibit B, attached

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's  COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION,  CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE  OF UNREGISTERED  SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE,  CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING  AND  CONVERSION

PAGE 24

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC  v. IMH SECURED LOAN FUND, ET AL.

hereto and by this reference is made a part hereof.

60.    On 18 November 2005, in conjunction with the close of escrow, defendant LENDER-IMH, through its MANAGER-IMH, made a loan to Borrower FLAGSTAFF-LLC, defendants MASTERS/V-GOETT, on behalf of Borrower FLAGSTAFF-LLC, in the amount of $8,000,000 (the "WEDGE Loan"), evidenced by certain documents all dated 18 November 2005, including but not limited to: Loan Agreement between defendant LENDER-IMH and defendant MASTERS, Promissory Note in the original amount of $8,000,000, Deed of Trust, Assignment of Rents and Security Agreement (the "WEDGE DOT"), Guaranty Agreement in favor of defendant LENDER-IMH executed by defendants Vincent Goett and Melissa Goett, husband and wife, defendants RONALD STEINBRUNNER and BRITTANY LYNN STEINBRUNNER, , husband and wife, and defendant WILLIAM GOTSES, an unmarried man, and certain other loan documents (collectively, the "WEDGE Loan Documentation").

61.    Shortly thereafter on 22 November 2005, escrow closed on the WEDGE Property and title transferred to Borrower FLAGSTAFF-LLC. [Escrow No. 81007458-WE]. *Spec. Warranty Deed (Doc. No. 3356062).*[6]

62.    Through the close of escrow, and although requested on numerous occasions, none of pertinent documents to the WEDGE transaction, including the Purchase Agreement and WEDGE Loan Documents, were provided to plaintiff SOUTHWEST, its Managers and its investors by defendants MASTERS, V-GOETT or any of defendants MASTERS' Members and accordingly, plaintiff SOUTHWEST, its Managers and its investors were totally and completely unaware of any of the terms of the 8,000,000 WEDGE Loan secured and negotiated by defendants

---

[6] Recorded in the Official Records, Coconino County Recorder's Office.

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 25

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

MASTERS/V-GOETT, and its Members, on behalf of Borrower FLAGSTAFF-LLC, from defendant LENDER-IMH.

### D.    History of IMH-MASTERS/V-GOETT Loans at Flagstaff Ranch Community.

63.    Unbeknownst to plaintiff SOUTHWEST, its Managers and its investors at the time of the funding of the $8,000,000 WEDGE Loan, during the period commencing in March 2004 and continuing through November 2006, in addition to the $8,000,000 WEDGE Loan to Borrower FLAGSTAFF-LLC, defendant LENDER-IMH, through defendant MANAGER-IMH, made several loans to defendants MASTERS, its Members, defendants V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES and defendant V-GOETT controlled entities, totaling in excess of $ 30,150,000:

(i)    On or about 23 March 2005, defendant LENDER-IMH, through its defendant MANAGER-IMH, made a loan to defendant MASTERS in the maximum amount of $2,820,000 [the "**8-Lots Loan ($2,820,000)**"];

(ii)    On or about 5 May 2005, defendant LENDER-IMH, through its defendant MANAGER-IMH, made a loan to defendants V-GOETT and MT-GOETT in the maximum amount of $3,700,000 [the "**GOETT Residence Loan ($3,700,000**")];

(iii)    On or about 6 July 2005, defendant LENDER-IMH, through its defendant MANAGER-IMH, made a loan to defendant MASTERS in the maximum amount of $1,650,000 [the "**Tract M Loan ($1,650,000)**"];

(iv)    On or about December 2006, defendant LENDER-IMH, through its defendant MANAGER-IMH, made a loan to defendant MASTERS FRGC Estates Partners, a V-GOETT controlled entity, in the amount of $19,300,000 [the "**WULA Lots Loan ($19,300,000)**"]; and

(v)    On or about 16 March 2006, defendant LENDER-IMH, through it defendant MANAGER-IMH, made a loan to defendant MASTERS

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE **26**

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

in the maximum amount of $2,680,000 [the **"Tract I Loan** **(''$2,680,000)**].

64.    Unbeknownst to plaintiff SOUTHWEST, its Managers and its investors until after the initiation of this litigation, as to each of these various above-referenced loans made to defendants MASTERS, and its Members, V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES and defendant V-GOETT controlled entities matured, defendant LENDER-IMH, through defendant MANAGER-IMH, entered into a continuous stream of modifications, extensions and amendments, for the sole purpose of extending the maturity of these loans and improvised various strategies and methodologies solely intended to create the illusion that these loans were "current", "performing" and not "in default".

E.    **Sale And Funding Of $200,000 Of "Reserve Units" Purchased By Four (4) Individual Investor Groups.**

65.    Under paragraph 2.1, Article II and its corresponding Exhibit A of the Borrower FLAGSTAFF-LLC's Operating Agreement, the Operating Agreement permitted the sale and issuance of 5,000 "Reserve Units", which was anticipated to yield additional capitalization of One Million Five Hundred Seventy Thousand Dollars ($1,570,000) if such amount was necessary for the WEDGE transaction. *p. 3, ¶ 2.1, Exh. B, FLAGSTAFF Oper. Agmt. d. 25 Oct. 2005.*

66.    As permitted by the Operating Agreement, in late December 2005 and early 2006, defendants MASTERS/V-GOETT "sold" approximately $200,000 of the "Reserve Units" to four (4) individuals; namely James McInerney, Rhonda Swan, Matthew and Stacy Zott and Larry and Judy Burkely ("San Diego Investors").

F.    **Defendants MASTERS/V-GOETT'S "Sham" Sale To AZNORTH (Tom Brewster).**

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 27

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

67.      In early March 2006, defendants MASTERS and V-GOETT, on behalf of defendant MASTERS and its Members, represented to plaintiff SOUTHWEST, its managers and its investors that defendants MASTERS, V-GOETT, and GRYFFON, on behalf of Borrower FLAGSTAFF-LLC, had entered into a Purchase Contract/Equity Agreement ("AZNORTH Purchase Agreement") with AZNORTH Townhomes Number 2, LLC ("Buyer AZNORTH"), whereby Buyer AZNORTH agreed to buy a portion of the WEDGE Property for $14,215,000, with the final purchase price being "subject to adjustments in the number of lots per final City approval of the plat." According to the terms of the AZNORTH Purchase Agreement, Buyer AZNORTH was to pay an "earnest money deposit of Five Hundred Thousand Dollars" to FLAGSTAFF, in monthly One Hundred Thousand Dollar ($100,000.00) increments, which "good faith" earnest money deposits" would be held in an escrow until close of the AZNORTH transaction. Defendants MASTERS and V-GOETT, on behalf of defendant MASTERS and its Members, represented that, 1/3 of the WEDGE property had been sold for $14,215,000 under the terms of the AZNORTH Purchase Agreement,

68.      Other than these oral representations, and again in keeping with defendants MASTERS and V-GOETT's customary "hiding the ball" *modus operandi*, at the time of the AZNORTH transaction, defendants MASTERS and V-GOETT provided no documents to plaintiff SOUTHWEST, its Managers and its investors or investors.

. . .

. . .

. . .

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

## FIRST CAUSE OF ACTION
### FRAUD (INTENTIONAL MISREPRESENTATION)

**[As And Against Defendants VINCENT W. GOETT, individually; MELISSA GOETT, individually; MASTERS DEVELOPMENTS PROPERTIES, LLC, an Arizona limited liability company; GRYFFON PROPERTY MANAGEMENT, LLC, an Arizona limited liability company; RON L. STEINBRUNNER, individually; EMERALD COAST PROPERTY INVESTMENTS, LLC, an Arizona limited liability company; WILLIAM GOTSES, individually; and DOES 1 through 100, Inclusive.]**

69.     Plaintiff SOUTHWEST restates, realleges and incorporates herein by this reference, as though fully set forth, the Preliminary, General Allegations and Factual Bases of All Claims contained in paragraphs 1 through 68, inclusive, as though fully set forth herein.

70.     **Fraudulent Misrepresentations (Pre-Closing of WEDGE Transaction - Through 22 November 2005).**     In direct contravention to applicable statutory and common law duties of disclosure, commencing in July 2005, during the course of their discussions and negotiations leading up to and through the closing of the WEDGE transaction on 22 November 2005, defendant V-GOETT, on behalf of defendants MASTERS, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, made the following material promises, representations and warranties to plaintiff SOUTHWEST and its Managers, Gary Erickson, Eric Ross and James Dolan, relative to the WEDGE Property and the WEDGE transaction:

(i)     Defendants MASTERS, and its Members, V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES collectively had a high net worth, figuring in the tens of millions of dollars;

(ii)     Defendants MASTERS, and its Members, V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES had substantial cash available for the WEDGE investment;

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 29

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

(iii) Defendant V-GOETT was a "successful" real estate developer, had extensive experience in the area of real estate development, had a successful "track record" in the area of the development of residential golf course communities, having developed, built and operated many successful residential real estate developments;

(iv) Defendant V-GOETT had extensive experience in the area of obtaining entitlements from governmental regulatory agencies, having "entitled" many large real estate properties;

(v) The WEDGE Property could be purchased for approximately $8,000,000 from its then-current owner;

(vi) As of June 19, 2004, the WEDGE Property had a fair market value, in an "AS-IS" condition of $8,200,000; a fair market value, in an "AS-IS COMPLETE" condition of $13,870,000 and upon governmental and regulatory approval, its subject lots had an "aggregate retail value" of $19,700,000;

(vii) A combination of debt and equity would be utilized to finance the WEDGE transaction;

(viii) In order to consummate the WEDGE transaction, an investment in the approximate of $2,200,000 to $2,400,000 was necessary;

(ix) Defendants MASTERS, and its Members, defendants V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES would make a contribution to Borrower FLAGSTAFF-LLC in the amount of Five Hundred Thousand Dollars ($500,000), either in the form of a loan or capital contribution, if plaintiff SOUTHWEST, its Managers and its investors could come up with approximately $1,850,000 either in the form of a loan or capital contribution;

(x) Defendant V-GOETT had been meeting and negotiating with various conventional lenders, all of whom were extremely interested in lending on the WEDGE transaction;

(xi) Defendants V-GOETT, MT-GOETT, or defendants MASTERS' Members were in the process of arranging a loan in the $6,000,000-$7,000,000 range;

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 30

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

(xii)    Borrower FLAGSTAFF-LLC's combined capital contributions in the range of $2,200,000-$2,400,000 would be utilized for down-payment, interest reserve for the one (1) year term of the loan and entitlements;

(xiii)   The WEDGE Property would only be encumbered by a "lien of the Company's purchase money lender" in the amount of the purchase price, less FLAGSTAFF-LLC's "down-payment;

(xiv)    The WEDGE Loan that defendant V-GOETT was arranging on the WEDGE transaction would be with a conventional lender, bank or financial institution, and not a "hard money" lender and the loan terms i.e. fees and points would at a conventional lender, bank or financial institution's "market rate" for creditworthy borrowers;

(xv)     Upon closing of the WEDGE transaction, given their "inside track", defendants MASTERS and V-GOETT would be able to "entitle" the WEDGE Property within "nine (9) to twelve (12) months" through the City of Flagstaff; and

(xvi)    Civil engineering for the rezoning, conceptual site plan, grading and drainage plans, sewer and water plans from tentative map through final mapping would run approximately $150,000 to $200,000;

(xvii)   The WEDGE Property would be approved and permitted for 199 residential units and two commercial sites by the City of Flagstaff, through a Planned Residential Development ("PRD").

71.    **Fraudulent Misrepresentations [Post-Closing of WEDGE Transaction (23 November 2005 Through To Present)].**    In direct contravention to applicable statutory and common law duties of disclosure, commencing after the closing of the WEDGE transaction and continuing though to the present, defendant V-GOETT, on behalf of defendants MASTERS, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, made the following material promises, representations and warranties to plaintiff SOUTHWEST and

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 31

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

its Managers, Gary Erickson, Eric Ross and James Dolan, relative to the WEDGE Property and the

WEDGE transaction:

**Use of  Funds ($200,000)**
**From Sale of Reserve Units To San Diego Investors**

(i)    All of the funds obtained through the sale of the Reserve Units from the San Diego Group would be utilized for "entitlements" costs and future lender fees and costs;

(ii)    Any funds obtained by Borrower FLAGSTAFF-LLC would be utilized ether for the payment of future lender costs or "entitlements" costs;

**AZNORTH Transaction (March 2006)**

(iii)    In early March 2006, defendants MASTERS and V-GOETT, on behalf of defendant MASTERS and its Members, represented to plaintiff SOUTHWEST, its managers and its investors that defendants MASTERS, V-GOETT, and GRYFFON, on behalf of Borrower FLAGSTAFF-LLC, had entered into a Purchase Contract/Equity Agreement ("AZNORTH Purchase Agreement") with AZNORTH Townhomes Number 2, LLC ("Buyer AZNORTH"), whereby Buyer AZNORTH agreed to buy a portion of the WEDGE Property for $14,215,000, with the final purchase price being "subject to adjustments in the number of lots per final City approval of the plat";

(iv)    Defendants MASTERS and V-GOETT, on behalf of defendant MASTERS and its Members, represented that, effectively, under the terms of the AZNORTH Purchase Agreement, 1/3 of the WEDGE property had been sold for $14,215,000;

(v)    According to the terms of the AZNORTH Purchase Agreement, Buyer was to pay an "earnest money deposit of Five Hundred Thousand Dollars" ($500,000) to Borrower FLAGSTAFF-LLC, in monthly One Hundred Thousand Dollar ($100,000.00) increments, which "good faith" earnest money deposits" would be held in an escrow until close of the AZNORTH transaction;

72.    From December, 2005 through May, 2006, Borrower FLAGSTAFF-LLC'S

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's  COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION,  CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE  OF UNREGISTERED  SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE,  CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND  CONVERSION

PAGE 32

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC  v. IMH SECURED LOAN FUND, ET AL.

operations received funding in excess of Five Hundred Thousand Dollars ($500,000.00) through (a) the sale of the Reserve Units ($200,000) and (b) Buyer AZNORTH'S $300,000 of "pass-through earnest money deposits".

73.     The promises, representations and warranties alleged in paragraphs 70 and 71 hereinabove, were material, and, in fact, were false when made. Instead, the following facts were true:

**Defendants V-GOETT/MT-GOETT Bankruptcy,**
**History of Financial Insolvency, Fraudulent Business**
**Dealings, Litigation, String of Failed Business Ventures**
**And Total Lack of Real Estate Development Experience**

(i)     Both defendants V-GOETT (Case No. 03-20195-SSC) and MT-GOETT (Case No. 04-467 PHX-SSC) had filed for Chapter 11 bankruptcy protection on 17 November 2003 and on 17 January 2004, respectively, and dismissal of their bankruptcy case had occurred on 7 December 2004;

(ii)     In defendant V/GOETT's personal bankruptcy filing, the U.S. Trustee filed a Motion to Appoint a Receiver, because "the Debtors (V-GOETTS/MT-GOETT) have not demonstrated the necessary willingness and ability to comply with their administrative duties. More important, their failure to be forthright and comply with the most basic disclosure requirements warrants the administration of this case by a trustee, or at least, the examination by an outside party."

Accordingly, in defendant V/GOETT's personal bankruptcy filing, Bankruptcy Judge Sarah Sharer Curley appointed Ms. Elizabeth Monty CPA of the Spinelli Corporation as Chapter 11 Examiner to conduct a financial investigation and business valuation of defendant V/GOETT and a myriad of defendant V/GOETT's business entities. In her Preliminary Report filed with the Court, Examiner Monty made the following findings:

(a)     "Mr. Goett appears to have used company funds to support his lavish lifestyle with living expenses exceeding $40,000 per month". *p. 1, Exh. P, E. Monty 2004 Prelim. Report;*

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's  COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION,  CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE  OF UNREGISTERED  SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE,  CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND  CONVERSION

PAGE **33**

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC  v. IMH SECURED LOAN FUND, ET AL.

(b)    GOETT and his wife "have various assets that were not disclosed in debtors financial Schedules provided to the United States Bankruptcy Court, District of Arizona"; *p. 1, Exh. P, E. Monty. 2004 Prelim. Report;*

(c)    "Based on a claim filed by the Internal Revenue Service ("IRS"), it appears that there has been substantial income reported for the years ended December 31, 1999 through 2003, respectively. (Defendants V/GOETT and MT/GOETT) have allegedly not filed individual income tax returns since 1998. There are also apparently no tax returns for the many Goett-affiliated entities. The Examiner is highly concerned about these apparent failures to comply with the tax laws." *p. 2, Ex. N, Exam. 2004 Prelim. Report;*

(d)    "In summary, it is the Examiner's opinion that the (defendants V/GOETT and MT/GOETT) were, at the very least, less than forthright and candid in disclosing assets to the Bankruptcy Court." *p. 2, Exh. P, E. Monty 2004 Prelim. Report;*

(e)    ". . . it appears that the (defendants V/GOETT and MT/GOETT) have mismanaged the business affairs of the entities under Mr. Goett's direction and the (defendants V/GOETT and MT/GOETT) have been less than forthcoming to the Court regarding business operations and activities." *p. 2, Ex. N, E. Monty 2004 Prelim. Report;*

(f)    "An ex-employee interviewed (by Ms. Monty) stated that Mr. Goett allegedly used company funds as his own and would think nothing of buying a '$50,000 vehicle for personal use in one day". *p. 5, Exh. P, Exam. 2004 Prelim. Report;*

(g)    "An ex-employee interviewed (by Ms. Monty) stated that Mr. Goett believed that he was above the law and was immune to corporate policies and procedures." *p. 6, Exh. P, E. Monty 22004 Prelim. Report;*

(h)    "An ex-employee interviewed (by Ms. Monty) stated that Mr. Goett had several years and versions of income tax returns in a drawer that were never filed." *p. 6, Exh. P, E. Monty 2004 Prelim. Report;*

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 34

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

(i)  In addition, Examiner Monty reported that as of 29 April 2004, the IRS held "a priority claim of $25,651.50 and an unsecured claim of $ 964,781.55, resulting in a  combined claim of $1,180,433.05". *p. 27, Exh. P, E. Monty 2004 Prelim. Report.*

(iii)  In their personal Bankruptcy Schedules, defendants V-GOETT and MT-GOETT reported Monthly Expenses of $41,325 with $-0- Income.

(iv)  At the time of the bankruptcy case dismissal on 7 December 2004[7], defendants V/GOETT and MT/GOETT's Bankruptcy Schedules reflected scheduled Total Assets of approximately $4,130,000 with scheduled Total Liabilities of approximately $22,704,270, resulting in a negative Net Worth of roughly **($18,574,270)**.

(v)  Defendant V-GOETT had no experience in the area of real estate development and had no "track record" whatsoever in the area of residential golf course community development and had never developed, built or operated any successful residential real estate developments. In fact, in his most recent individual  bankruptcy filing, defendant V-GOETT described himself as "a free lance product designer" and a "sole proprietor that invents and manufactures children's educational and entertainment products";

(vi)  In fact, the opposite was true. Defendant V-GOETT has a long and storied history, reigning over an  extensive and consistent succession of business failures, mismanaging the business affairs of every entity ever under defendant V-GOETT's direction;

(vii)  Defendant V-GOETT and his various entities were defendants in multiple and numerous litigation matters involving mostly fraud and non-payment of monies owed;

---

[7]  Although the Bankruptcy Court ordered defendants GOETTS' bankruptcy case dismissed on 7 December 2004, the GOETTS' bankruptcy case was not formally closed until 1 February 2005.

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's  COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION,  CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE  OF UNREGISTERED  SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE,  CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND  CONVERSION

PAGE 35

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC  v. IMH SECURED LOAN FUND, ET AL.

**WEDGE Transaction and Terms Of LENDER-IMH's WEDGE Loan**

(viii)   None of the defendants MASTERS, and its Members, V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, either individually, or collectively had a high net worth, figuring in the tens of millions of dollars;

(ix)   None of the MASTERS defendants, or its Members, V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES had substantial cash available for the WEDGE investment;

(x)   None of the MASTERS defendants or its Members, V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER and GOTSES had any intention of making any type of capital contribution or loan to Borrower FLAGSTAFF-LLC, much less capital contribution or loan in the amount of Five Hundred Thousand Dollars ($500,000), as set forth in Borrower FLAGSTAFF-LLC's Operating Agreement;

(xi)   The WEDGE Property did not have a fair market value of $8,200,000 and, in fact, was worth substantially less;

(xii)   As to the WEDGE Loan, defendant V-GOETT never met with or negotiated with any other lender other than defendant LENDER-IMH;

(xiii)   Defendant LENDER-IMH was an especially greedy "hard money" lender and Borrower FLAGSTAFF-LLC's IMH Loan negotiated and obtained by defendants MASTERS/V-GOETT was, in fact, a "hard money" loan, with origination fees, processing fees and other lender fees and charges in excess of $720,000.00 – equal to almost ten percent (10.0%) of the loan amount;

(xiv)   Instead of a loan in the amount of approximately $6,000,000-$7,000,000, the LENDER-IMH's WEDGE Loan was, in fact, $8,000,000;

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 36

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

(xv)   Instead of a interest rate typically available from banks and conventional lending institutions and loan pricing at "market rate" for creditworthy borrowers, LENDER-IMH's $8,000,000 WEDGE Loan carried a "Contract Note Rate" of "Twelve percent (12.00%) per annum and required the prepayment of one (1) years interest reserve in the approximate amount of $960,000 at the close of escrow;

(xvi)   While the WEDGE Property could be purchased for approximately $8,000,000 from its then-current owner, plaintiff SOUTHWEST, its Managers and its investors' approximate $1,850,000 investment was "on top" of the $8,000,000 purchase price and none of plaintiff SOUTHWEST's investment would be available for "down-payment", as virtually all of plaintiff SOUTHWEST's $1,850,000 investment would be used primarily for the payment of defendant LENDER-IMH's origination fees, processing fees and other lender fees and charges in excess of $720,000.00 and for one (1) years interest reserve in the approximate amount of $960,000;

**"Cross-Collateralization" and Cross-default of Borrower FLAGSTAFF-LLC's WEDGE Transaction with Totally Unrelated Defendants MASTERS/V-GOETT Entities**

(xvii)   Defendant Lender-IMH was only willing to make the WEDGE loan to Borrower FLAGSTAFF-LLC and defendants MASTERS/V-GOETT "*if (defendants MASTERS/V-GOETT and Borrower FLAGSTAFF-LLC would) agree that any default under the 8-Lots Loan Documents and the Tract M Loan Documents shall constitute a default under the WEDGE Loan Documents* and that the 8-Lots Deed of Trust and the Tract M Deed of Trust and the Las Lomas Deed of Trust shall also secure any and all obligations under the WEDGE Loan Documents."

(xviii)   Under the terms of LENDER-IMH's $8,000,000 FLAGSTAFF-LLC's WEDGE Loan, Borrower FLAGSTAFF-LLC's WEDGE Property was pledged and cross-collateralized as security for two (2) totally <u>unrelated</u> defendants MASTERS/V-GOETT Loans and "*any default under documents relating to the 8 Lots Loan or the Tract M Loan constituted a default under this Loan. . .*" [The two (2) MASTERS Loans consisted of: (1) the "8 Lots Loan" in the amount of $2,820,000.00 (previously originated by

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 37

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

defendant MASTERS/GOETT and evidenced by a promissory note dated 23 March 2005); and (2) the "Tract M Loan" in the amount of $1,650,000.00 (also previously originated by defendant MASTERS/GOETT and evidenced by a promissory note dated 23 March 2005);

(xix)    Under the terms of LENDER-IMH's $8,000,000 FLAGSTAFF-LLC's WEDGE Loan, a principal reduction in the amount of Eight Hundred Thousand Dollars ($800,000.00) was payable on or before fourteen (14) days after the closing of the Loan. *p. 4, ¶ 2.8, Exh. F, IMH Loan Agmt. d. 18 Nov. 2005 (emp. add.;*

(xx)     Under the terms of LENDER-IMH's $8,000,000 FLAGSTAFF-LLC's WEDGE Loan, defendants MASTERS and V-GOETT – which had never retired a loan in its existence – were required to make payment in full of defendant MASTERS' unrelated 8 Lots Loan ($2,820,000.00) and its unrelated Tract M Loan ($1,650,000.00) for the combined total "pay-off" of $4,470,000.00, which was due ***"on or before sixty days after the (WEDGE) Loan closing. . ."*** *p. 4, ¶¶ 2.9, 2.10, Exh. F, IMH Loan Agmt. d. 18 Nov. 2005 (emp. add.);*

(xxi)    Defendants MASTERS and V-GOETT had no "inside track", that would enable them to "entitle" the WEDGE Property within "nine (9) to twelve (12) months" through the City of Flagstaff.

(xxii)   Defendants MASTERS and V-GOETT made no "real" concerted effort at submitting a Planned Residential Development ("PRD") Application to the City of Flagstaff , the WEDGE Property would be approved and permitted for 199 residential units and two commercial sites by the;  and

**Illegal Misappropriation, Fraudulent Diversion And Wrongful Distribution Of FLAGSTAFF'S Monetary Assets In Excess Of $500,000 By Defendants MASTERS/V-GOETT.**

## AZNORTH Transaction

(xxiii)  The sale under the AZNORTH Agreement was a "bogus" and entirely contingent upon a lengthy list of contingencies and Buyer AZNORTH was provided a generous four (4) year period to satisfy these contingencies. If any of these contingencies were

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's  COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION,  CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE  OF UNREGISTERED  SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE,  CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND  CONVERSION

PAGE **38**

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC  v. IMH SECURED LOAN FUND, ET AL.

not satisfied to Buyer AZNORTH's sole satisfaction, Buyer AZNORTH unilaterally retained the right to "terminate the Agreement and receive a full refund of all deposits paid to Seller together with accrued interest at the rate of ten 10% per annum". *pp. 3, ¶ 4, Exh. I, AZNORTH Agmt..* Due to the "pass-through" and refundable nature of the earnest money deposits, Buyer AZNORTH insisted that the deposits be structured as "loans" and Buyer AZNORTH was provided security for their repayment through a Promissory Note in favor of Buyer AZNORTH, secured by a Deed of Trust in a "third lien position" on FLAGSTAFF'S WEDGE property;

(xxiv)    Buyer AZNORTH made the first three (3) monthly installments (in March, April and May, 2006) for a total of Three Hundred Thousand Dollars ($300,000.00) before a dispute arose between GOETT and AZNORTH and payments were suspended, each of which were "passed through" to Borrower FLAGSTAFF-LLC;

(xxv)    Defendants MASTERS and V-GOETT "stole" and converted each of Buyer AZNORTH's three (3) One Hundred Thousand Dollar ($100,000.00) monthly installments (in March, April and May, 2006);

(xxvi)    On August 24, 2006 MASTERS/GOETT entered into an amendment to the AZNORTH Purchase Agreement whereby Buyer AZNORTH, utilizing the "remaining $200,000 balance of the required earnest money deposit. . . would take the project through the approval process to rezoning and plat approval", thereby transferring and abdicating defendants MASTERS/V-GOETT'S entire managerial development responsibilities to Buyer AZNORTH in direct violation of Borrower FLAGSTAFF-LLC's Operating Agreement;

(xxvii)    At best, the AZNORTH transaction was a "loan with an option to purchase" and not a sale given its speculative nature, the extensive list of contingencies, the lengthy four (4) year "contingency period", the utilization of a "loan/debt" structure for Buyer's "pass-through" deposits and Borrower FLAGSTAFF-LLC's obligation to repay these amounts upon Buyer's unilateral termination of the Agreement "with accrued interest at the rate of ten 10% per annum";

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's  COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION,  CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE  OF UNREGISTERED  SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE,  CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND  CONVERSION

PAGE 39

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC  v. IMH SECURED LOAN FUND, ET AL.

(xxviii)    In a "showdown" meeting with defendant V- GOETT on 13-14 September, 2006 at defendants MASTERS/GOETT's offices in Phoenix, plaintiff SOUTHWEST'S Managers Gary Erickson, Eric Ross and James Dolan were provided with three (3) documents by defendant V- GOETT, namely:

(1)    Transaction Identification Worksheet.    Detailing various FLAGSTAFF deposits and disbursements, including the dates of receipt of the first three (3) AZNORTH $100,000 earnest money deposits and the $200,000 collected by debtor MASTERS from the San Diego Four for the FLAGSTAFF "Reserve Units";

(2)    Correspondence.    Two (2) items of correspondence; both dated March 3, 2006 – one, on debtor MASTERS' letterhead, ostensibly addressed to Borrower FLAGSTAFF-LLC, while the other, on GRYFFON letterhead, ostensibly addressed to MASTERS purportedly advising the supposed recipient that as a result of the $14,215,000 "sale" to AZNORTH, a "transaction fee of 5% ($710,750.00)" had been earned and would "be paid as follows: $250,000 upon receipt of the earnest amount from AZ(NORTH) and the balance of $460,750.00 when AZ(NORTH) pays the remaining contract balance of $13,715,000.00"; and

(3)    A document labeled "Balance Sheet – Draft for Internal Use Only" ostensibly dated "09/11/06", reflecting Borrower FLAGSTAFF-LLC's assets and liabilities and which lists the $14,215,000 AZNORTH long term liability and references both SOUTHWEST investors' and the San Diego Four's capital contributions.

(xxix)    Based upon their review, plaintiff SOUTHWEST' Managers determined that, in the period of January 2006 through June 2006, defendants MASTERS/GOETT, and its Members, illegally converted, stole, "siphoned off" and misappropriated in excess of Five Hundred Thousand Dollars ($500,000) of Borrower FLAGSTAFF-LLC's "working capital"

74.    In evaluating the WEDGE transaction and permitting defendants MASTERS, and its Members, defendants V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES to act as Managers of Borrower

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 40

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

FLAGSTAFF-LLC, plaintiff SOUTHWEST, its Managers and its investors relied upon each of the material promises, representations and warranties contained in and outlined in paragraphs 70 and 71 hereinabove, were unaware of the falsity of the representations and reasonably relied on their truth in agreeing to the terms and conditions contained in Borrower FLAGSTAFF-LLC's Operating Agreement and related agreements and agreeing to make their approximate $1,850,000 investment in the WEDGE Property.

75.     Defendant V-GOETT's express representations of material fact, made on behalf of defendants MASTERS, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, were made recklessly, negligently and without any concern for their truth and accuracy and the exercise of reasonable care.

76.     The aforesaid promises, representations and warranties of material fact made by defendant V-GOETT, on behalf of defendants MASTERS, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, were made with the intent to induce plaintiff SOUTHWEST, its Managers and its investors' reliance and plaintiff SOUTHWEST, its Managers and its investors did, in fact, rely upon the express representations of defendant V-GOETT's express representations of material fact, made on behalf of defendants MASTERS, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, and were wholly justified to do so.

77.     Plaintiff SOUTHWEST, its Managers and its investors were totally ignorant of the falsity of defendant V-GOETT's express promises, representations and warranties of material fact, made on behalf of defendants MASTERS, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, and these defendants'

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 41

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

promises, representations and warranties and plaintiff SOUTHWEST, its Managers and its investors could not, in the exercise of reasonable diligence, have discovered the falsity of defendant V-GOETT's promises, representations and warranties.

78.    In direct and complete reliance on the representations of defendant V-GOETT's express promises, representations and warranties of material fact, made on behalf of defendants MASTERS, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, plaintiff SOUTHWEST, its Managers and its investors made their investment and closed escrow on the WEDGE transaction and became a Member of Borrower FLAGSTAFF-LLC, which acquired the WEDGE Property pursuant to the terms of the Purchase Agreement. Had plaintiff SOUTHWEST, its Managers and its investors known of the falsity of defendant V-GOETT's promises, representations and warranties, plaintiff SOUTHWEST, its Managers and its investors would not have closed escrow and acquired the WEDGE Property, pursuant to the terms of the Purchase Agreement and, accordingly, plaintiff SOUTHWEST, its Managers and its investors would not have suffered the damages as further set forth herein.

79.    As a direct and proximate result thereof, plaintiff SOUTHWEST, its Managers and its investors seek recovery of all general compensatory damages suffered by reason of their reasonable and justifiable reliance upon the promises, representations and warranties of material facts made to plaintiff SOUTHWEST, its Managers and its investors by defendant V-GOETT's express representations of material fact, made on behalf of defendants MASTERS, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, and plaintiff SOUTHWEST, its Managers and its investors have been damaged in an amount precisely unknown, but not less than  Two Million Five Hundred Thousand Dollars ($2,500,000).

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 42

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

80.    In doing the acts alleged and by engaging in the conduct set forth herein, defendants V-GOETT, MASTERS, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES herein, and, each of them, acted with malice, oppression and with a conscious disregard for plaintiff SOUTHWEST, its Managers and its investors' rights and with the intent to defraud and cause injury to plaintiff SOUTHWEST, its Managers and its investors. Based thereon and accordingly, plaintiff SOUTHWEST, its Managers and its investors are entitled to an award of exemplary and punitive damages in an amount to be determined at trial, but in an amount not less than Two Million Five Hundred Thousand Dollars ($2,500,000) and sufficient to punish defendants V-GOETT, MASTERS, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES herein, and, each of them, and in an amount sufficient to deter and dissuade these defendants and other defendants similarly situated from engaging in such acts and/or conduct in the future, but not less than Two Million Five Hundred Thousand Dollars ($2,500,000).

## SECOND CAUSE OF ACTION
### FRAUD (CONCEALMENT)

**[As And Against Defendants VINCENT W. GOETT, individually; MELISSA GOETT, individually; MASTERS DEVELOPMENTS PROPERTIES, LLC, an Arizona limited liability company; GRYFFON PROPERTY MANAGEMENT, LLC, an Arizona limited liability company; RON L. STEINBRUNNER, individually; EMERALD COAST PROPERTY INVESTMENTS, LLC, an Arizona limited liability company; WILLIAM GOTSES, individually; and DOES 1 through 100, Inclusive.]**

81.    Plaintiff SOUTHWEST restates, realleges and incorporates herein by this reference, as though fully set forth, the Preliminary, General Allegations and Factual Bases of All Claims contained in paragraphs 1 through 68, inclusive, as though fully set forth herein.

82.    <u>Fraudulent Concealment.</u>    Defendants MASTERS, V-GOETT,

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 43

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, R/STEINBRUNNER, EMERALD COAST and GOTSES, at all times relevant herein, intentionally concealed from plaintiff SOUTHWEST and its Managers, Gary Erickson, Eric Ross and James Dolan, all of material facts set forth in paragraph 73 above relative to the WEDGE Property and the WEDGE transaction.

83.      In addition to the intentionally concealed material facts set forth in paragraph 73 above, defendants MASTERS, V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, at all times relevant herein, intentionally concealed the following material facts from plaintiff SOUTHWEST and its Managers, Gary Erickson, Eric Ross and James Dolan, relative to the WEDGE Property and the WEDGE transaction:

**True Nature Of WEDGE Transaction And The Intertwined And Convoluted Interrelationship Between Defendants LENDER-IMH, MANAGER-IMH, ALBERS, MASTERS, V-GOETT AND Seller FRGC Master Developer And  Defendants LENDER-IMH, MANAGER-IMH's Liability To Seller FRGC Master Developer**

(i)      At the time of the WEDGE transaction (September-November 2005), FRGC Master Developer's First Deed of Trust was "in default";

(ii)     Defendant LENDER-IMH was FRGC Master Developer's lender, held the First Deed of Trust on the WEDGE Property and LENDER-IMH, through defendants MANAGER-IMH and ALBERS, were threatening to foreclose;

(iii)    Defendant LENDER-IMH First Deed of Trust on the WEDGE Property was "under-secured";

(iv)     Defendants LENDER-IMH and MANAGER-IMH were intimately involved in all aspects of the FRGC Master Developer and defendants MASTERS/V-GOETT's discussions and negotiations, leading up to the purchase and sale of the WEDGE Property, including the determination of the purchase price that

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's  COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION,  CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE  OF UNREGISTERED  SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE,  CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND  CONVERSION

PAGE 44

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC  v. IMH SECURED LOAN FUND, ET AL.

would be charged by FRGC Master Developer and that would be paid by defendants MASTERS'/V-GOETT;

(v)    Defendants LENDER-IMH/MANAGER-IMH discussions and negotiations with FRGC Master Developer-defendants MASTERS/V-GOETT, leading up to the purchase and sale of the WEDGE Property; lasted several months;

(vi)    It was tacitly understood by all of the parties that whatever the terms of the purchase agreement, ultimately agreed-upon by the parties, defendants LENDER-IMH and MANAGER-IMH would "fund" the purchase/sale transaction;

(vii)    The final Real Estate Sales Agreement dated 16 November 2005 ("WEDGE Purchase Agreement") for the sale of the WEDGE Property between FRGC Master Developer-defendant MASTERS/V-GOETT provided for a purchase price of $8,000,000, of which $2,450,000 would be withheld from Seller's proceeds and used by Seller- FRGC Master Developer "for disbursement to Seller's (unpaid) contractors upon completion of specified construction work, as described in that Settlement Agreement and First Amendment to Settlement Agreement between Seller, Flagstaff Ranch Golf Club, Flagstaff Ranch Development, LLC, Aspen Shadows Estates, LLC and Aspen Ridge Estates, LLC..."; and

(viii)    The terms of the WEDGE Purchase Agreement were not "arms-length" and were not reached in "good faith" – a fact known by defendants LENDER-IMH, MANAGER-IMH and defendants MASTERS and V-GOETT.

84.    Defendants V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, made the affirmative promises, representations and warranties contained in and outlined in paragraphs 70 and 71 above. Defendants V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, had actual knowledge, or should have known, that these promises, representations and warranties contained in paragraphs 70 and 71 above, were, in fact,

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's  COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE  OF UNREGISTERED  SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE,  CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND  CONVERSION

PAGE 45

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC  v. IMH SECURED LOAN FUND, ET AL.

false and had actual knowledge of, or should have known that true material facts as set forth in paragraphs 73 and 83 above. Moreover, defendants V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, were under an affirmative duty to disclose all true and material facts and information to plaintiff SOUTHWEST, its Managers and its investors and not to conceal and/or prevent plaintiff SOUTHWEST, its Managers and its investors from discovering the true facts.

85.    The facts and information intentionally withheld by defendants V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, was material in plaintiff SOUTHWEST evaluation of the WEDGE transaction and in permitting defendants MASTERS, its Members, defendants V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES to act as Managers of Borrower FLAGSTAFF-LLC, because plaintiff SOUTHWEST, its Managers and its investors based their investment decisions in the WEDGE transaction solely on the affirmative promises, representations and warranties contained in and outlined in paragraphs 70 and 71 above.

86.    Defendants V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, intentionally and fraudulently suppressed and concealed the actual, true and accurate facts and information from plaintiff SOUTHWEST, its Managers and its investors. Had Defendants V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, disclosed the true facts and information to plaintiff SOUTHWEST, its Managers and its investors, plaintiff SOUTHWEST would not have entered into the WEDGE transaction, made an approximate $1,850,000 investment in the WEDGE Property and permitted defendants MASTERS, its

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 46

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

Members, defendants V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES to act as Managers of Borrower FLAGSTAFF-LLC.

87.    Plaintiff SOUTHWEST, its Managers and its investors were totally ignorant of the true and accurate facts and information and plaintiff SOUTHWEST, its Managers and its investors could not, in the exercise of reasonable diligence, have discovered the true and accurate facts and information.

89.    As a direct and proximate result thereof, plaintiff SOUTHWEST, its Managers and its investors seek recovery of all general compensatory damages suffered by reason of their reasonable and justifiable reliance upon the promises, representations and warranties of material facts made to plaintiff SOUTHWEST, its Managers and its investors by defendant V-GOETT's express representations of material fact, made on behalf of defendants MASTERS, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, and plaintiff SOUTHWEST, its Managers and its investors have been damaged in an amount precisely unknown, but not less than Two Million Five Hundred Thousand Dollars ($2,500,000).

90.    In doing the acts alleged and by engaging in the conduct set forth herein, defendants V-GOETT, MASTERS, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES herein, and, each of them, acted with malice, oppression and with a conscious disregard for plaintiff SOUTHWEST, its Managers and its investors' rights and with the intent to defraud and cause injury to plaintiff SOUTHWEST, its Managers and its investors. Based thereon and accordingly, plaintiff SOUTHWEST, its Managers and its investors are entitled to an award of exemplary and punitive damages in an amount to be determined at trial, but in an amount not less than Two Million Five Hundred Thousand Dollars ($2,500,000) and sufficient to punish defendants

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

PAGE 47

V-GOETT, MASTERS, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES herein, and, each of them, and in an amount sufficient to deter and dissuade these defendants and other defendants similarly situated from engaging in such acts and/or conduct in the future, but not less than Two Million Five Hundred Thousand Dollars ($2,500,000).

## THIRD CAUSE OF ACTION
### FRAUD (NONDISCLOSURE)

**[As And Against Defendants VINCENT W. GOETT, individually; MELISSA GOETT, individually; MASTERS DEVELOPMENTS PROPERTIES, LLC, an Arizona limited liability company; GRYFFON PROPERTY MANAGEMENT, LLC, an Arizona limited liability company; RON L. STEINBRUNNER, individually; EMERALD COAST PROPERTY INVESTMENTS, LLC, an Arizona limited liability company; WILLIAM GOTSES, individually; and DOES 1 through 100, Inclusive.]**

91.      Plaintiff SOUTHWEST restates, realleges and incorporates herein by this reference, as though fully set forth, the Preliminary, General Allegations and Factual Bases of All Claims contained in paragraphs 1 through 68, inclusive, paragraphs 70 through 73, inclusive, of the First Cause of Action, and paragraph 83, of the Second Cause of Action, as though fully set forth herein.

92.      Fraudulent Non-Disclosure.      Defendants MASTERS, V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, at all times relevant herein, had an affirmative duty to disclose to plaintiff SOUTHWEST, its Managers and its investors any and all true and material facts and information known to them that was material to the WEDGE transaction and the WEDGE Loan, but failed to disclose the material facts set forth in paragraphs 73 and 83 above to plaintiff SOUTHWEST and its Managers, Gary Erickson, Eric Ross and James Dolan, relative to the WEDGE Property and the WEDGE transaction.

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 48

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

93.    The facts and information intentionally not disclosed by defendants V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, was material in plaintiff SOUTHWEST evaluation of the WEDGE transaction and in permitting defendants MASTERS, its Members, defendants V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES to act as Managers of Borrower FLAGSTAFF-LLC, because plaintiff SOUTHWEST, its Managers and its investors based their investment decisions in the WEDGE transaction solely on the affirmative promises, representations and warranties contained in and outlined in paragraphs 70 and 71 above.

94.    Defendants V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, intentionally failed to disclose the actual, true and accurate facts and information from plaintiff SOUTHWEST, its Managers and its investors. Had defendants V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, disclosed the true facts and information to plaintiff SOUTHWEST, its Managers and its investors, plaintiff SOUTHWEST would not have entered into the WEDGE transaction, made an approximate $1,850,000 investment in the WEDGE Property and permitted defendants MASTERS, its Members, defendants V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES to act as Managers of Borrower FLAGSTAFF-LLC.

95.    Plaintiff SOUTHWEST, its Managers and its investors were totally ignorant of the true and accurate facts and information and plaintiff SOUTHWEST, its Managers and its investors could not, in the exercise of reasonable diligence, have discovered the true and accurate facts and information.

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's  COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION,  CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE,  CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND  CONVERSION

PAGE 49

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

96.    As a direct and proximate result thereof, plaintiff SOUTHWEST, its Managers and its investors seek recovery of all general compensatory damages suffered by reason of their reasonable and justifiable reliance upon the promises, representations and warranties of material facts made to plaintiff SOUTHWEST, its Managers and its investors by defendant V-GOETT's express representations of material fact, made on behalf of defendants MASTERS, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, and plaintiff SOUTHWEST, its Managers and its investors have been damaged in an amount precisely unknown, but not less than  Two Million Five Hundred Thousand Dollars ($2,500,000).   In doing the acts alleged and by engaging in the conduct set forth herein, defendants V-GOETT,  MASTERS, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES herein, and, each of them, acted with malice, oppression and with a conscious disregard for plaintiff SOUTHWEST, its Managers and its investors' rights and with the intent to defraud and cause injury to plaintiff SOUTHWEST, its Managers and its investors. Based thereon and accordingly, plaintiff SOUTHWEST, its Managers and its investors are entitled to an award of exemplary and punitive damages in an amount to be determined at trial, but in an amount not less than Two Million Five Hundred Thousand Dollars ($2,500,000) and sufficient to punish defendants V-GOETT,  MASTERS, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES herein, and, each of them, and in an amount sufficient to deter and dissuade these defendants and other defendants similarly situated from engaging in such acts and/or conduct in the future, but not less than Two Million Five Hundred Thousand Dollars ($2,500,000).

.   .   .

.   .   .

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's  COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION,  CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE  OF UNREGISTERED  SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE,  CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND  CONVERSION

PAGE 50

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC  v. IMH SECURED LOAN FUND, ET AL.

## FOURTH CAUSE OF ACTION
## NEGLIGENT MISREPRESENTATION

**[As And Against Defendants VINCENT W. GOETT, individually; MELISSA GOETT, individually; MASTERS DEVELOPMENTS PROPERTIES, LLC, an Arizona limited liability company; GRYFFON PROPERTY MANAGEMENT, LLC, an Arizona limited liability company; RON L. STEINBRUNNER, individually; EMERALD COAST PROPERTY INVESTMENTS, LLC, an Arizona limited liability company; WILLIAM GOTSES, individually; and DOES 1 through 100, Inclusive.]**

98.    Plaintiff SOUTHWEST restates, realleges and incorporates herein by this reference, as though fully set forth, the Preliminary, General Allegations and Factual Bases of All Claims contained in paragraphs 1 through 68, inclusive, paragraphs 70 through 73, inclusive, of the First Cause of Action, and paragraph 83, of the Second Cause of Action, as though fully set forth herein.

99.    Defendants MASTERS, V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, made the material promises, representations and warranties set forth in paragraphs 70 and 71 above to plaintiff SOUTHWEST, its Managers and its investors, relative to the WEDGE Property and the WEDGE transaction.

100.    Defendants MASTERS, V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, made the material promises, representations and warranties set forth in paragraphs 70 and 71 above, which were, in fact, false and defendants MASTERS, V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, had no reasonable basis for making them or believing them to be true when defendants MASTERS, V-GOETT, MT-

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 51

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, made them and committed the acts set forth above.

101.    In addition, defendants MASTERS, V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, misinformed or failed to inform plaintiff SOUTHWEST, its Managers and its investors about the true and material information and facts as set forth in paragraphs 73 and 83 above. Plaintiff SOUTHWEST, its Managers and its investors relied upon defendants MASTERS, V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES' representations in their evaluation of the WEDGE transaction and investing in the WEDGE Property.

102.    As a direct and proximate result of defendants MASTERS, V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES' fraud, breaches of duty, negligence and misrepresentations, plaintiff SOUTHWEST, its Managers and its investors seek recovery of all general compensatory damages suffered by reason of their reasonable and justifiable reliance upon the promises, representations and warranties of material facts made to plaintiff SOUTHWEST, its Managers and its investors by defendant V-GOETT's express representations of material fact, made on behalf of defendants MASTERS, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, and plaintiff SOUTHWEST, its Managers and its investors have been damaged in an amount precisely unknown, but not less than Two Million Five Hundred Thousand Dollars ($2,500,000).

103.    In doing the acts alleged and by engaging in the conduct set forth herein, defendants V-GOETT, MASTERS, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES herein, and, each of them, acted with malice, oppression and with a conscious disregard

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 52

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

for plaintiff SOUTHWEST, its Managers and its investors' rights and with the intent to defraud and cause injury to plaintiff SOUTHWEST, its Managers and its investors. Based thereon and accordingly, plaintiff SOUTHWEST, its Managers and its investors are entitled to an award of exemplary and punitive damages in an amount to be determined at trial, but in an amount not less than Two Million Five Hundred Thousand Dollars ($2,500,000) and sufficient to punish defendants V-GOETT, MASTERS, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES herein, and, each of them, and in an amount sufficient to deter and dissuade these defendants and other defendants similarly situated from engaging in such acts and/or conduct in the future, but not less than Two Million Five Hundred Thousand Dollars ($2,500,000).

## FIFTH CAUSE OF ACTION
### AIDING AND ABETTING FRAUD

**[As And Against Defendants IMH SECURED LOAN FUND LLC, an Arizona limited liability company; INVESTORS MORTGAGE HOLDINGS, INC., an Arizona corporation; SHANE ALBERS individually; WILLIAM MERIS, individually; EDWARD A. LOEW, individually; and DOES 1 through 100, Inclusive.]**

104.    Plaintiff SOUTHWEST restates, realleges and incorporates herein by this reference, as though fully set forth, the Preliminary, General Allegations and Factual Bases of All Claims contained in paragraphs 1 through 68, inclusive, paragraphs 70 through 73, inclusive, of the First Cause of Action, and paragraph 83, of the Second Cause of Action, as though fully set forth herein.

105.    In addition to the facts set forth in paragraphs 63, 73 and 83 above, defendants LENDER-IMH, MANAGER-IMH, ALBERS, MERIS and LOEW (collectively, the "IMH defendants") had actual knowledge of the following facts:

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

PAGE 53

**Defendants GOETTS' Bankruptcy And Defendants MASTERS, GRYFFON And GOETTS' True Financial Condition**                    .

(i)      On 17 November 2003, defendant V-GOETT had filed for Chapter 11 bankruptcy protection (Case No. 03-20195-SSC) and was joined shortly thereafter on 17 January 2004, by his wife defendant MT-GOETT (Case No. 04-467 PHX-SSC), at which time their bankruptcy cases were consolidated;

(ii)     In defendant V-GOETT's personal bankruptcy filing, the U.S. Trustee filed a Motion to Appoint a Receiver, because "the Debtors (V-GOETT/MT-GOETT) have not demonstrated the necessary willingness and ability to comply with their administrative duties. More important, their failure to be forthright and comply with the most basic disclosure requirements warrants the administration of this case by a trustee, or at least, the examination by an outside party."

(iii)    In defendant V-GOETT's personal bankruptcy filing, Bankruptcy Judge Sarah Sharer Curley appointed Ms. Elizabeth Monty CPA of the Spinelli Corporation as Chapter 11 Examiner to conduct a financial investigation and business valuation of defendant V-GOETT and a myriad of defendant V-GOETT's business entities. In her Preliminary Report filed with the Court, Examiner Monty made the following findings:

(a)   "Mr. Goett appears to have used company funds to support his lavish lifestyle with living expenses exceeding $40,000 per month". *p. 1, Exh. P, E. Monty 2004 Prelim. Report;*

(b)   GOETT and his wife "have various assets that were not disclosed in debtors financial Schedules provided to the United States Bankruptcy Court, District of Arizona"; *p. 1, Exh. P, E. Monty. 2004 Prelim. Report;*

(c)   "Based on a claim filed by the Internal Revenue Service ("IRS"), it appears that there has been substantial income reported for the years ended December 31, 1999 through 2003, respectively. (Defendants V-GOETT and MT-GOETT) have allegedly not filed individual income tax returns since 1998. There are also apparently no tax returns for the many Goett-affiliated entities. The Examiner is highly concerned about these apparent failures to comply with the tax laws." *p. 2, Ex. N, Exam. 2004 Prelim. Report;*

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 54

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

(d)   "In summary, it is the Examiner's opinion that the (defendants V-GOETT and MT-GOETT) were, at the very least, less than forthright and candid in disclosing assets to the Bankruptcy Court." *p. 2, Exh. P, E. Monty 2004 Prelim. Report;*

(e)   ". . . it appears that the (defendants V-GOETT and MT-GOETT) have mismanaged the business affairs of the entities under Mr. Goett's direction and the (defendants V-GOETT and MT-GOETT) have been less than forthcoming to the Court regarding business operations and activities." *p. 2, Ex. N, E. Monty 2004 Prelim. Report;*

(f)   "An ex-employee interviewed (by Ms. Monty) stated that Mr. Goett allegedly used company funds as his own and would think nothing of buying a '$50,000 vehicle for personal use in one day". *p. 5, Exh. P, Exam. 2004 Prelim. Report;*

(g)   "An ex-employee interviewed (by Ms. Monty) stated that Mr. Goett believed that he was above the law and was immune to corporate policies and procedures." *p. 6, Exh. P, E. Monty 22004 Prelim. Report;*

(h)   "An ex-employee interviewed (by Ms. Monty) stated that Mr. Goett had several years and versions of income tax returns in a drawer that were never filed." *p. 6, Exh. P, E. Monty 2004 Prelim. Report;*

(i)   In addition, Examiner Monty reported that as of 29 April 2004, the IRS held "a priority claim of $25,651.50 and an unsecured claim of $ 964,781.55, resulting in a combined claim of $1,180,433.05". *p. 27, Exh. P, E. Monty 2004 Prelim. Report.*

(iv)   In their Bankruptcy Schedules, defendants V-GOETT and MT-GOETT reported Monthly Expenses of $41,325 with $-0- Income.

(v)   At the time of the bankruptcy case dismissal on 7 December 2004[8], defendants V-GOETT and MT-GOETT's Bankruptcy Schedules reflected scheduled Total Assets of approximately $4,130,000 with scheduled Total Liabilities of approximately $22,704,270, resulting

---

[8]   Although the Bankruptcy Court ordered defendants GOETTS' bankruptcy case dismissed on 7 December 2004, the GOETTS' bankruptcy case was not formally closed until 1 February 2005.

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's  COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION,  CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE  OF UNREGISTERED  SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE,  CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND  CONVERSION

PAGE 55

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC  v. IMH SECURED LOAN FUND, ET AL.

in a negative Net Worth of roughly **($18,574,270)**.

(vi)    At all times, throughout the period of January 2005 through to the present, IMH defendants, as lender, had actual knowledge of defendants V-GOETT and MT-GOETT's true financial condition, since he submitted financial statements to the IMH defendants in conjunction with multiple loans totaling in excess of $28,000,000, and multiple and various loan modifications and loan extensions.

**Defendant IMH's $2,820,000 "8-Lot Loan"**
**To Defendants MASTERS/GOETT (23 March 2005)**

(vii)   On 23 March 2005 – slightly over three (3) months after the dismissal of his bankruptcy case, in which he reported a negative Net Worth of roughly **($18,574,270) and $ -0– Income,** IMH defendants, as lender, made a loan to defendants MASTERS/GOETT in the maximum amount of $2,820,000 (the "8-Lots Loan").

**Defendant IMH's $3,700,000  Paradise Valley Residence**
**"Bail-Out" Loan To Defendants V/GOETT And MT/GOETT**
**(5 May 2005)**

(viii)  On or about 5 May 2005 - although defendants V-GOETT and MT-GOETT's had not made a loan payment on their Paradise Valley residence to Eastern Bank for over fifteen (15) months and the loan was "in default" and scheduled for a Trustee's Sale by Eastern Bank, LENDER –IMH made a $3,700,000 loan on defendants V-GOETT and MT-GOETT' Paradise Valley residence;

(ix)    As of 5 May 2005, defendant V/GOETT's FICO score[9] was 520 (Equifax), 569 (Transunion) and 517 (Experian);

---

[9]    Developed by Fair Isaac & Company, a FICO score is a numerical grade based upon a consumer's past history of paying his/her bills. (The higher the score, the better.) Fair Isaac, which began developing scoring models in the late 1950's, has never fully disclosed what exactly goes into its computations. For several decades, lenders had focused on developing scoring models to accurately analyze a borrower's credit history and current status. The assignment of a number value to various aspects of that profile and a totaling of those values allow lenders to arrive at an overall credit "score." The numerical FICO score range is 375 to 900 points. Borrowers with a score above 760 are in the "high" range. The score is positively compensating. Borrowers with a score between 680 and 760 are in the "mid" range. The score does not add anything to the files, but does not detract. Scores from 680 to 620 are low but can be acceptable. Approvals must be justified carefully and files documented thoroughly. Scores below 620 are very "low" and may not be acceptable for conventional financing. A score below 540 is probably prohibitive. For example,  FHA/VA Loans require  scores greater than 585. The use of FICO scores did not became a standard practice in the residential mortgage industry until the 1990's.

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's  COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION,  CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE  OF UNREGISTERED  SECURITIES BY UNREGISTERED  SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE,  CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND  CONVERSION

PAGE **56**

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC  v. IMH SECURED LOAN FUND, ET AL.

(x)     In connection with defendants MASTERS and V-GOETT's multiple loan applications, modifications and extensions from the period of March 2005 through November 2006, defendants MASTERS and V-GOETT routinely submitted false and fraudulent financial statements to the IMH defendants, which included exaggerated values and material omissions, giving the specious appearance that defendants MASTERS and V-GOETT were solvent and had a substantial net worth;

(xi)    In connection with his loan applications, from the period of March 2005 through November 2006, defendants MASTERS and V-GOETT routinely submitted false tax returns to the IMH defendants;

(xii)   Defendants MASTERS and V-GOETT's financial statements submitted to the IMH defendants listed real property assets with "inflated" property values and did not accurately reflect the then actual current market values;

(xiii)  Defendants MASTERS and V-GOETT's financial statements submitted to the IMH defendants did not accurately and fully list all of defendants MASTERS and V-GOETT's liabilities;

(xiv)   In their financial statements submitted to the IMH defendants slightly less than two (2) years after defendants V/GOETT and MT/GOETT's had their Bankruptcy Case dismissed (7 December 2004), namely as of November 2006, defendants MASTERS, V-GOETT, MT-GOETT and the GRYFFON Entities reported their combined net worth to defendant LENDER-IMH as **$21,901,750.00** - a stunning net reversal of $40,476,020.

**Defendant IMH's $8,000,000 "WEDGE Loan" To**
**Borrower FLAGSTAFF-LLC And Defendants MASTERS/GOETT**
**(22 November 2005)**

(xv)    The WEDGE Property's fair market value, in an "AS-IS" condition, as of November 2005, was not $8,000,000, but, in fact, substantially less;

(xvi)   Under the terms of the WEDGE Purchase Agreement and defendant LENDER-IMH's loan commitment, cash in excess of $2,000,000 was required to close the transaction;

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 57

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

(xvi)   Defendants MASTERS/V-GOETT did not have the required cash ($2,000,000) in September through November 2005 to close the WEDGE transaction;

(xviii)  Since defendants MASTERS/V-GOETT did not have the required cash ($2,000,000) in September through November 2005 to close the WEDGE transaction, defendants MASTERS/V-GOETT would have to solicit and obtain the necessary cash from third party "outside" investors;

(xix)   Under the terms and conditions contained in Borrower FLAGSTAFF-LLC's Operating Agreement dated 25 October 2005, defendants MASTERS/V-GOETT contractually obligated themselves to making a Five Hundred Thousand Dollar ($500,000.00) initial capital contribution, while plaintiff SOUTHWEST and its investors had committed themselves to investing One Million Eight Hundred Seventy-Five Thousand Dollars ($1,875,000.00) as an initial capital contribution;

(xx)   Borrower FLAGSTAFF-LLC's Operating Agreement dated 25 October 2005 identified the seventeen (17) individual investors that would be contributing plaintiff SOUTHWEST's One Million Eight Hundred Seventy-Five Thousand Dollars ($1,875,000.00);

(xxi)   Defendants MASTERS/V-GOETT did not have Five Hundred Thousand Dollar ($500,000.00) to make their initial capital contribution in conjunction with the WEDGE closing;

(xxii)  Borrower FLAGSTAFF-LLC's Operating Agreement dated 25 October 2005 contemplated an investment in the WEDGE Property and clearly made no mention of defendants MASTERS/V-GOETT other Flagstaff loans or investments and made no provision whatsoever for any involvement by Borrower FLAGSTAFF-LLC with either defendants MASTERS/V-GOETT's Tract M loan ($1,650,000) and the 8-Lots loan ($2,820,000);

(xxiii) Under the terms and conditions of Borrower FLAGSTAFF-LLC's Operating Agreement dated 25 October 2005, no "cross-collateralization" or "cross-default" provisions as to the WEDGE Property were permitted;

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 58

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

(xxiv)   As a condition of the closing and prior to funding, LENDER-IMH requested that, on behalf of Borrower FLAGSTAFF-LLC, both defendant MASTERS and plaintiff SOUTHWEST execute and provide a Limited Liability Company Resolution To Borrow/Grant Collateral (the "Resolution"). In a foreshadowing of future events and without the knowledge, consent or authorization of SOUTHWEST or any of its managers, defendant GOETT forged SOUTHWEST'S signature on SOUTHWEST'S Resolution;

(xxv)   Defendant MANAGER-IMH paid a "kickback" in the amount of $20,000 to defendants MASTERS/V-GOETT from defendant MANAGER-IMH's "broker fee", which was not disclosed to Borrower FLAGSTAFF-LLC and plaintiff SOUTHWEST;

### IMH's Consistent And Historic Failure To Comply with Normal Lending Practices, Policies and Procedures and Regular And Repeated Acts of Forbearance Without Consideration

(xxvi)   Contrary to prudent banking practices, policies and procedures, the IMH defendants, although aware of the intentional misstatements and misrepresentations of fact contained in defendants MASTERS and V-GOETT's financial statements, did not report defendants MASTERS and V-GOETT's fraudulent activity to appropriate banking regulatory authorities;

(xxvii)   Inexplicably and to the detriment of various investor groups, including plaintiff SOUTHWEST, Throughout their dealings with defendants MASTERS/V-GOETT, defendants LENDER-IMH, MANAGER-IM, ALBERS, MERIS and LOEW consistently and routinely ignored normal customary lending practices, policies and procedures;

(xxviii)   Although Borrower FLAGSTAFF-LLC's WEDGE Loan Documentation expressly required $800,000 principal reduction on WEDGE loan, by way of a Modification Agreement dated 5 March 2006, defendant LENDER-IMH quietly cancelled the $800,000 principal reduction on the WEDGE Loan;

(xxix)   Although Borrower FLAGSTAFF-LLC's WEDGE Loan Documentation expressly required that defendants MASTERS/V-GOETT "pay-off" of Tract M loan ($1,650,000) and 8-Lots loan ($2,820,000) within sixty (60) days of funding of WEDGE loan, by way of a Modification Agreement dated 5 March 2006, LENDER-

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 59

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

IMH quietly cancelled this requirement;

**Regular, Consistent, Illegal And Unauthorized Inter-Loan Transfer Of Funds Between Various Defendants MASTERS/V-GOETT Controlled Entities By Defendants LENDER-IMH and MANAGER-IMH Without Approval Or Consent of Any of the Investors In The Various Defendants MASTERS/V-GOETT Controlled Entities The Various Borrower Funds From Unrelated Loans**

(xxx)    In administrating and dealing with the various MASTER/V-GOETT Flagstaff loans, defendant LENDER-IMH, MANAGER-IM, ALBERS, MERIS and LOEW consistently and routinely utilized loan funds from unrelated entities with unrelated investor pools to "shore-up" and "fix" defaults without the consent and approval of the any of the investors impacted thereby;

(xxxi)   By way of example, although the terms of the Modification Agreement dated December 2006 between defendant LENDER-IMH and Borrower FLAGSTAFF-LLC required that the Flagstaff as borrower deposit "$1,675,000 as cash required to close modification" in order to "fund all (IMH) fees and interest reserve requirements", in point of fact, both IMH's fees (in excess of $640,000) and the interest reserve in the amount of $1,000,000 were actually "paid out of a borrower related entity loan closing escrow account (Masters FRGC Estates Partners, LLC) which (was) also being funded" by defendant LENDER-IMH. *IMH Credit Appr. Memo. D. 20 Dec. 2006;*

**Seemingly Unperturbed, Irrespective Of A Steady, Continuous And Uninterrupted Pattern Of Loan Defaults And A Steadily Deteriorating And Catastrophically Declining Real Estate Market, Defendants LENDER-IMH, MANAGER IMH, ALBERS, MERIS and LOEW Have, Nevertheless, Inexorably Continued Their Uninterrupted Flow Of Loans, Loan Modifications And Loan Extensions To Defendants MASTERS/GOETT On A Continuous And Uninterrupted Basis.**

**Defendant MASTERS' Recent Bankruptcy Filing (24 March 2008)**

(xxxii)  On 24 March 2008, defendant MASTERS filed for Chapter 11 bankruptcy protection. (Case No. 2:08-bk-03050).

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 60

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

(xxxiii)   In its March 2008 Bankruptcy Schedules, defendant MASTERS reported Total Assets of approximately $67,979,195 with scheduled Total Liabilities of approximately $72,386,779, resulting in a negative Net Worth of roughly **($4,405,984)**.

106.   Defendants LENDER-IMH, MANAGER-IMH, ALBERS, MERIS and LOEW, and each of them, by virtue of their offices, directorships, personal financial interests and/or specific acts and conduct, are liable to plaintiff SOUTHWEST, its Managers and its investors under the principles of aiding and abetting, fraud, either directly or indirectly, "controlling person" liability and direct participation.

107.   Defendants LENDER-IMH, MANAGER-IMH, ALBERS, MERIS and LOEW, and each of them, engaged in fraud, either directly or indirectly, by either making misrepresentations of material fact, concealing material facts, fraudulent omissions, and/or engaging in a pattern of conduct, scheme or artifice to defraud plaintiff SOUTHWEST, its Managers and its investors by approving, encouraging and/or orchestrating the other defendants through their positions as officers, directors or equity owners, to engage in such pattern of conduct , all for the benefit of defendants LENDER-IMH, MANAGER-IMH, ALBERS, MERIS and LOEW, and each of them, and their own respective financial positions, all to the detriment of plaintiff SOUTHWEST, its Managers and its investors.

108.   As alleged above in the First through Third Causes of Action, based upon the statements, acts and pattern of conduct engaged in by defendants MASTERS/V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, a fraud was perpetrated upon plaintiff SOUTHWEST, its Managers and its investors. Each of defendants LENDER-IMH, MANAGER-IMH, ALBERS, MERIS and LOEW either had actual

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

PAGE 61

knowledge of or a duty of inquiry with regard to the acts and pattern of conduct and so made a necessary and vital contribution to the underlying scheme and artifice to defraud to plaintiff SOUTHWEST, its Managers and its investors.

109.    Each of defendants LENDER-IMH, MANAGER-IMH, ALBERS, MERIS and LOEW, through their positions as officers, directors and equity holders, controlled defendants MASTERS/V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES and were controlling persons of defendants MASTERS/V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, who made the misrepresentations of material fact, concealed material facts, fraudulent omissions, and/or engaged in a pattern of conduct, scheme or artifice to defraud plaintiff SOUTHWEST, its Managers and its investors.

110.    In doing so, each of defendants LENDER-IMH, MANAGER-IMH, ALBERS, MERIS and LOEW, acted as an agent of each other defendant in connection with the misrepresentations of material fact, concealment of material facts, fraudulent omissions, and/or the pattern of conduct, scheme or artifice to defraud, perpetrated upon plaintiff SOUTHWEST, its Managers and its investors.

111.    Defendants LENDER-IMH, MANAGER-IMH, ALBERS, MERIS and LOEW, and each of them, participated in or knowingly acquiesced in the fraudulent conduct of defendants MASTERS/V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, and intentionally, recklessly or negligently abdicated responsible management and conscientious supervision of defendants LENDER-IMH, and MANAGER-IMH.

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 62

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

112.    Each of defendants LENDER-IMH, MANAGER-IMH, ALBERS, MERIS and LOEW acted recklessly or knowingly in engaging in the foregoing conduct.

113.    As a direct and proximate result of defendants LENDER-IMH, MANAGER-IMH, ALBERS, MERIS and LOEW's conduct, plaintiff SOUTHWEST, its Managers and its investors have suffered damages and seek recovery of all general compensatory damages in an amount precisely unknown, but not less than Two Million Five Hundred Thousand Dollars ($2,500,000).

114.    As a direct and proximate result of defendants LENDER-IMH, MANAGER-IMH, ALBERS, MERIS and LOEW's conduct, plaintiff SOUTHWEST, its Managers and its investors have incurred, and will continue to incur, attorneys' fees and costs in connection with this and prior litigation and defendant MASTERS/V-GOETT's bankruptcy proceedings, and plaintiff SOUTHWEST, its Managers and its investors are entitled to recover all such attorneys' fees and costs, the exact amount of which will be proven at trial, but not less than $200,000.

115.    In doing the acts alleged and by engaging in the conduct set forth herein, defendants LENDER-IMH, MANAGER-IMH, ALBERS, MERIS and LOEW, and each of them, acted with malice, oppression and with a conscious disregard for plaintiff SOUTHWEST, its Managers and its investors' rights and with the intent to defraud and cause injury to plaintiff SOUTHWEST, its Managers and its investors. Based thereon and accordingly, plaintiff SOUTHWEST, its Managers and its investors are entitled to an award of exemplary and punitive damages in an amount to be determined at trial, but in an amount not less than Two Million Five Hundred Thousand Dollars ($2,500,000) and sufficient to punish defendants LENDER-IMH, MANAGER-IMH, ALBERS, MERIS and LOEW, and each of them, and in an amount sufficient to

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 63

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

deter and dissuade these defendants and other defendants similarly situated from engaging in such acts and/or conduct in the future.

## SIXTH CAUSE OF ACTION
## BREACH OF FIDUCIARY DUTY

**[As And Against Defendants VINCENT W. GOETT, individually; MELISSA GOETT, individually; MASTERS DEVELOPMENTS PROPERTIES, LLC, an Arizona limited liability company; GRYFFON PROPERTY MANAGEMENT, LLC, an Arizona limited liability company; RON L. STEINBRUNNER, individually; EMERALD COAST PROPERTY INVESTMENTS, LLC, an Arizona limited liability company; WILLIAM GOTSES, individually; and DOES 1 through 100, Inclusive.]**

116.    Plaintiff SOUTHWEST restates, realleges and incorporates herein by this reference, as though fully set forth, the Preliminary, General Allegations and Factual Bases of All Claims contained in paragraphs 1 through 68, inclusive, paragraphs 70 through 73, inclusive, of the First Cause of Action, paragraph 83, of the Second Cause of Action, and paragraphs 92 through 94, inclusive, of the Third Cause of Action, as though fully set forth herein.

117.    By operation of the Arizona Limited Liability Company Act *(Ariz. Rev. Statutes § 29-601, et seq.)* and as a matter of public policy, at all times relevant herein, since approximately June 2005 and continuing to the present, the relationship between plaintiff SOUTHWEST and defendants MASTERS/V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, was a fiduciary one, namely plaintiff SOUTHWEST as a member of BORROWER FLAGSTAFF-LLC, an Arizona limited liability company, was owed the same fiduciary duty[10] that a partner owes to a partnership

---

[10] It is well established that the obligation of good faith and fair dealing or the fiduciary obligation of majority shareholders (members holding a majority of membership interests) to act in good faith and with inherent fairness toward minority shareholders may be imposed on members who hold a majority interest or otherwise control an LLC. *Jones v. H. F. Ahmanson & Co. (1969) 1 Cal.3d 93;*

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 64

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

and to the individual partners of that partnership with its attendant repose by the plaintiff SOUTHWEST, of great trust and confidence in defendants MASTERS/V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, as managers of Borrower FLAGSTAFF-LLC.

118.     By virtue of plaintiff SOUTHWEST having placed confidence in defendants MASTERS/V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES' integrity, and in entrusting defendants with the authority to act for their alleged partnership, a confidential relationship existed at all times herein mentioned between plaintiff and defendants MASTERS/V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, and that they would act on behalf of, and for plaintiff SOUTHWEST's benefit. By virtue of their co-member and managerial status with plaintiff SOUTHWEST, MASTERS/V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, and the incumbent fiduciary duty owed to plaintiff SOUTHWEST, these defendants were legally required at any time that they undertook to act on behalf of, and for the benefit of, Borrower FLAGSTAFF-LLC and plaintiff SOUTHWEST, to act in the utmost good faith in their dealings with plaintiff SOUTHWEST.

119.     Despite the fact that these defendants owed fiduciary duty to plaintiff SOUTHWEST, defendants MASTERS/V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, have breached their

---

*Smith v. TeleCommunications, Inc.* (1982) 134 Cal.App.3d 338. *Crain v. Electronic Memories & Magnetics Corp.* (1975) 50 Cal.App.3d 509.

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 65

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

respective fiduciary duties and obligations and agreements with plaintiff SOUTHWEST by committing, and continuing to commit, the acts set forth in paragraphs 70 through 73, 80 through 84 and 92 through 95 above, by:

(i)     Exploiting the relationship and the trust and confidence by persuading plaintiff SOUTHWEST's managers and investors to invest approximately $1,850,000 in the WEDGE transaction and the WEDGE Property;

(ii)    Wrongfully converting, misappropriating and utilizing plaintiff SOUTHWEST's monies, properties and assets for their own personal benefit and use;  and

(iii)   Wrongfully, unlawfully and without the consent and authorization of plaintiff SOUTHWEST, encumbering Borrower FLAGSTAFF-LLC's WEDGE Property.

120.    As a direct result of the conduct and acts of defendants MASTERS/V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, as outlined in paragraphs 70 through 73, 80 through 84 and 92 through 95 above, plaintiff SOUTHWEST, its managers and its investors have suffered damages in excess of Two Million Five Hundred Thousand Dollars ($2,500,000), the exact amount of which is presently unknown, but will be the subject of proof at trial.

121.    In doing the acts alleged and by engaging in the conduct set forth herein, defendants V-GOETT,  MASTERS, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES herein, and, each of them, acted with malice, oppression and with a conscious disregard for plaintiff SOUTHWEST, its Managers and its investors' rights and with the intent to defraud and cause injury to plaintiff SOUTHWEST, its Managers and its investors. Based thereon and accordingly, plaintiff SOUTHWEST, its Managers and its investors are entitled to an award of

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's  COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION,  CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE  OF UNREGISTERED  SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE,  CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND  CONVERSION

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC  v. IMH SECURED LOAN FUND, ET AL.

PAGE 66

exemplary and punitive damages in an amount to be determined at trial, but in an amount not less than Two Million Five Hundred Thousand Dollars ($2,500,000) and sufficient to punish defendants V-GOETT, MASTERS, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES herein, and, each of them, and in an amount sufficient to deter and dissuade these defendants and other defendants similarly situated from engaging in such acts and/or conduct in the future.

## SEVENTH CAUSE OF ACTION
## AIDING AND ABETTING BREACH OF FIDUCIARY DUTY

**[As And Against Defendants IMH SECURED LOAN FUND LLC, an Arizona limited liability company; INVESTORS MORTGAGE HOLDINGS, INC., an Arizona corporation; SHANE ALBERS individually; WILLIAM MERIS, individually; EDWARD A. LOEW, individually; and DOES 1 through 100, Inclusive.]**

122.    Plaintiff SOUTHWEST restates, realleges and incorporates herein by this reference, as though fully set forth, the Preliminary, General Allegations and Factual Bases of All Claims contained in paragraphs 1 through 68, inclusive, paragraphs 70 through 73, inclusive, of the First Cause of Action, paragraph 83 of the Second Cause of Action, paragraphs 92 through 95, inclusive, of the Third Cause of Action, paragraph 105 of the Fifth Cause of Action, and paragraphs 117 through 119, inclusive, of the Sixth Cause of Action, as though fully set forth herein.

123.    Defendants LENDER-IMH, MANAGER-IMH, ALBERS, MERIS and LOEW, and each of them, by virtue of their offices, directorships, personal financial interests and/or specific acts and conduct, are liable to plaintiff SOUTHWEST, its Managers and its investors under the principles of aiding and abetting, fraud, either directly or indirectly, "controlling person" liability and direct participation.

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 67

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

124.    By committing the acts and engaging in the pattern of conduct outlined above, defendants LENDER-IMH, MANAGER-IMH, ALBERS, MERIS and LOEW, and each of them, engaged in breach of fiduciary duty, either directly or indirectly, by either making misrepresentations of material fact, concealing material facts, fraudulent omissions, and/or engaging in a pattern of conduct, scheme or artifice to defraud plaintiff SOUTHWEST, its Managers and its investors by approving, encouraging, condoning, and/or orchestrating the conduct and behavior of defendants V-GOETT, MASTERS, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, through their positions as officers, directors or equity owners, to engage in such pattern of conduct , all for the benefit of defendants LENDER-IMH, MANAGER-IMH, ALBERS, MERIS and LOEW, and each of them, and their own respective financial positions, all to the detriment of plaintiff SOUTHWEST, its Managers and its investors.

125.    As alleged above in the First through Third Causes of Action, and the Sixth Cause of Action, based upon the statements, acts and pattern of conduct engaged in by defendants MASTERS/V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, breached their fiduciary duty to plaintiff SOUTHWEST, its Managers and its investors. Each of defendants LENDER-IMH, MANAGER-IMH, ALBERS, MERIS and LOEW either had actual knowledge of or a duty of inquiry with regard to the acts and pattern of conduct and so made a necessary and vital contribution to the underlying scheme and artifice, resulting in the multiple breaches of fiduciary duty to plaintiff SOUTHWEST, its Managers and its investors.

12.    Each of defendants LENDER-IMH, MANAGER-IMH, ALBERS, MERIS

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 68

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

and LOEW, through their positions as officers, directors and equity holders, controlled defendants MASTERS/V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES and were controlling persons of defendants MASTERS/V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, who made the misrepresentations of material fact, concealed material facts, fraudulent omissions, and/or engaged in a pattern of conduct, scheme or artifice to defraud and breach their fiduciary duty to plaintiff SOUTHWEST, its Managers and its investors.

127.    In doing so, each of defendants LENDER-IMH, MANAGER-IMH, ALBERS, MERIS and LOEW, acted as an agent of each other defendant in connection with the misrepresentations of material fact, concealment of material facts, fraudulent omissions, and/or the pattern of conduct, scheme or artifice to breach of fiduciary duty owed to plaintiff SOUTHWEST, its Managers and its investors.

128.    Defendants LENDER-IMH, MANAGER-IMH, ALBERS, MERIS and LOEW, and each of them, participated in or knowingly acquiesced in the fraudulent conduct of defendants MASTERS/V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, and intentionally, recklessly or negligently abdicated responsible management and conscientious supervision of defendants LENDER-IMH, and MANAGER-IMH.

129.    Each of defendants LENDER-IMH, MANAGER-IMH, ALBERS, MERIS and LOEW acted recklessly or knowingly in engaging in the foregoing conduct.

130.    As a direct and proximate result of defendants LENDER-IMH, MANAGER-IMH, ALBERS, MERIS and LOEW's conduct, plaintiff SOUTHWEST, its Managers

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's  COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE  OF UNREGISTERED  SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE,  CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND  CONVERSION

PAGE 69

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC  v. IMH SECURED LOAN FUND, ET AL.

and its investors have suffered damages and seek recovery of all general compensatory damages in an amount precisely unknown, but not less than Two Million Five Hundred Thousand Dollars ($2,500,000).

131.    As a direct and proximate result of defendants LENDER-IMH, MANAGER-IMH, ALBERS, MERIS and LOEW's conduct, plaintiff SOUTHWEST, its Managers and its investors have incurred, and will continue to incur, attorneys' fees and costs in connection with this and prior litigation and defendant MASTERS/V-GOETT's bankruptcy proceedings, and plaintiff SOUTHWEST, its Managers and its investors are entitled to recover all such attorneys' fees and costs, the exact amount of which will be proven at trial, but not less than $200,000.

132.    In doing the acts alleged and by engaging in the conduct set forth herein, defendants LENDER-IMH, MANAGER-IMH, ALBERS, MERIS and LOEW, and each of them, acted with malice, oppression and with a conscious disregard for plaintiff SOUTHWEST, its Managers and its investors' rights and with the intent to defraud and cause injury to plaintiff SOUTHWEST, its Managers and its investors. Based thereon and accordingly, plaintiff SOUTHWEST, its Managers and its investors are entitled to an award of exemplary and punitive damages in an amount to be determined at trial, but in an amount not less than Two Million Five Hundred Thousand Dollars ($2,500,000) and sufficient to punish defendants LENDER-IMH, MANAGER-IMH, ALBERS, MERIS and LOEW, and each of them, and in an amount sufficient to deter and dissuade these defendants and other defendants similarly situated from engaging in such acts and/or conduct in the future.

. . .

. . .

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's  COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION,  CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE  OF UNREGISTERED  SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE,  CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND  CONVERSION

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.                    PAGE 70

## EIGHTH CAUSE OF ACTION
## VIOLATION OF ARIZONA SECURITIES LAWS
### (A.R.S. §§ 44-1991, 44-2001, Et Seq.)

[As And Against Defendants VINCENT W. GOETT, individually; MELISSA GOETT, individually; MASTERS DEVELOPMENTS PROPERTIES, LLC, an Arizona limited liability company; GRYFFON PROPERTY MANAGEMENT, LLC, an Arizona limited liability company; RON L. STEINBRUNNER, individually;  EMERALD COAST PROPERTY INVESTMENTS, LLC, an Arizona limited liability company; WILLIAM GOTSES, individually;  and  DOES 1 through 100, Inclusive.]

133.    Plaintiff SOUTHWEST restates, realleges and incorporates herein by this reference, as though fully set forth, the Preliminary, General Allegations  and Factual Bases of All Claims contained in paragraphs 1 through 68, inclusive, paragraphs 70 through 73, inclusive, of the First Cause of Action, paragraph 83, of the Second Cause of Action, paragraphs 92 through 95, inclusive, of the Third Cause of Action, and paragraphs 117 through 119, inclusive, of the Sixth Cause of Action, as though fully set forth herein.

134.    The Membership Interests or Units in Borrower FLAGSTAFF-LLC constitute securities as defined in Arizona Revised Statutes § 44-1801 (26).

135.    By engaging in the foregoing conduct, as more fully set forth in paragraphs 70 through 73, 83, 92 through 95, 117 through 119, defendants MASTERS/V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES employed a device, scheme or  artifice to defraud and engaged in a transaction, practice and course of business which operated as a fraud and deceit.

136.    The representations of defendants MASTERS/V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them,

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's  COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION,  CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE  OF UNREGISTERED  SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE,  CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND  CONVERSION

PAGE 71

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC  v. IMH SECURED LOAN FUND, ET AL.

both individually and in the aggregate were false and misleading.

137.    At all times relevant herein, defendants MASTERS/V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, had a duty to disclose the true facts and all information known to them that was material to the proposed investment in Borrower FLAGSTAFF-LLC membership units and the WEDGE transaction.

138.    As a direct and proximate result of defendants MASTERS/V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES' acts and pattern of conduct, plaintiff SOUTHWEST, its Managers and its investors have suffered damages and seek recovery of all general compensatory damages in an amount precisely unknown, but not less than Two Million Five Hundred Thousand Dollars ($2,500,000).

139.    As a direct and proximate result of defendants MASTERS/V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES' conduct, plaintiff SOUTHWEST, its Managers and its investors have incurred, and will continue to incur, attorneys' fees and costs in connection with this and prior litigation and defendant MASTERS/V-GOETT's bankruptcy proceedings, and plaintiff SOUTHWEST, its Managers and its investors are entitled to recover all such attorneys' fees and costs, the exact amount of which will be proven at trial, but not less than $200,000.

140.    In doing the acts alleged and by engaging in the conduct set forth herein, defendants MASTERS/V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, acted with malice, oppression and with a conscious disregard for plaintiff SOUTHWEST, its Managers and its investors' rights and with the

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 72

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

intent to defraud and cause injury to plaintiff SOUTHWEST, its Managers and its investors. Based thereon and accordingly, plaintiff SOUTHWEST, its Managers and its investors are entitled to an award of exemplary and punitive damages in an amount to be determined at trial, but in an amount not less than Two Million Five Hundred Thousand Dollars ($2,500,000) and sufficient to punish defendants MASTERS/V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, and in an amount sufficient to deter and dissuade these defendants and other defendants similarly situated from engaging in such acts and/or conduct in the future.

## NINTH CAUSE OF ACTION

### SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS
#### (A.R.S. §§ 44-1841, 44-1842, 44-2001, Et Seq.)

**[As And Against Defendants VINCENT W. GOETT, individually; MELISSA GOETT, individually; MASTERS DEVELOPMENTS PROPERTIES, LLC, an Arizona limited liability company; GRYFFON PROPERTY MANAGEMENT, LLC, an Arizona limited liability company; RON L. STEINBRUNNER, individually; EMERALD COAST PROPERTY INVESTMENTS, LLC, an Arizona limited liability company; WILLIAM GOTSES, individually;  and  DOES 1 through 100, Inclusive.]**

141.    Plaintiff SOUTHWEST restates, realleges and incorporates herein by this reference, as though fully set forth, the Preliminary, General Allegations  and Factual Bases of All Claims contained in paragraphs 1 through 68, inclusive, paragraphs 70 through 73, inclusive, of the First Cause of Action, paragraph 83, of the Second Cause of Action, paragraphs 92 through 95, inclusive, of the Third Cause of Action, paragraphs 117 through 119, inclusive, of the Sixth Cause of Action, and paragraphs 134 through 137, inclusive, of the Eighth Cause of Action as though

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's  COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE  OF UNREGISTERED  SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE,  CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND  CONVERSION

PAGE 73

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

fully set forth herein.

142.    The Membership Interests or Units in Borrower FLAGSTAFF-LLC constitute securities as defined in Arizona Revised Statutes § 44-1801 (26).

143.    While Arizona Revised Statute § 44-1841 prohibits the sale of unregistered securities, Arizona Revised Statute § 44-1842 prohibits the sale of securities by an unregistered dealer or salesman. The Membership Units in Borrower FLAGSTAFF-LLC purchased by plaintiff SOUTHWEST, its managers and its investors were not registered or exempt from registration. Further, based upon information and belief, none of the defendants MASTERS/V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, were properly licensed securities dealers or salespersons.

144.    By engaging in the acts and conduct outlined above, defendants MASTERS/V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES participated in and induced the unlawful sale of securities to plaintiff SOUTHWEST, its managers and its investors and persuaded and prevailed upon plaintiff SOUTHWEST, its managers and its investors to purchase the Membership Units in violation of Arizona Revised Statute § 44-1841 and § 44-1842.

145.    As a result of the sale or contract for sale of securities in violation of Arizona Revised Statute § 44-1841 and § 44-1842, plaintiff SOUTHWEST, its managers and its investors are entitled, pursuant to Arizona Revised Statute § 44-2001, to recover damages suffered in an amount precisely unknown, but not less than Two Million Five Hundred Thousand Dollars ($2,500,000) and further entitled to recover their attorneys' fees and costs.

. . .

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 74

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

**TENTH CAUSE OF ACTION**
**AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE**

**(A.R.S §§ 44-1841, 44-1842, 44-1991, 44-1999, 44-2003 and 44-2005)**

**[As And Against Defendants IMH SECURED LOAN FUND LLC, an Arizona limited liability company; INVESTORS MORTGAGE HOLDINGS, INC., an Arizona corporation; SHANE ALBERS individually; WILLIAM MERIS, individually; EDWARD A. LOEW, individually; and DOES 1 through 100, Inclusive.]**

146.    Plaintiff SOUTHWEST restates, realleges and incorporates herein by this reference, as though fully set forth, the Preliminary, General Allegations and Factual Bases of All Claims contained in paragraphs 1 through 68, inclusive, paragraphs 70 through 73, inclusive, of the First Cause of Action, paragraph 83, of the Second Cause of Action, paragraphs 92 through 95, inclusive, of the Third Cause of Action, paragraphs 117 through 119, inclusive, of the Sixth Cause of Action, paragraphs 135 through 138, inclusive, of the Eighth Cause of Action, and paragraphs 142 through 144, inclusive, of the Ninth Cause of Action, as though fully set forth herein.

147.    Defendants LENDER-IMH, MANAGER-IMH, ALBERS, MERIS and LOEW, and each of them, by virtue of their offices, directorships, personal financial interests and/or specific acts and conduct, are liable to plaintiff SOUTHWEST, its Managers and its investors under the principles of aiding and abetting, fraud, either directly or indirectly, "controlling person" liability and direct participation.

148.    Defendants LENDER-IMH, MANAGER-IMH, ALBERS, MERIS and LOEW, and each of them, engaged in the unlawful sale of unregistered securities, either directly or indirectly, by either making misrepresentations of material fact, concealing material facts,

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 75

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

fraudulent omissions, and/or engaging in a pattern of conduct, scheme or artifice to defraud plaintiff SOUTHWEST, its Managers and its investors by approving, encouraging, condoning, and/or orchestrating the conduct and behavior of defendants V-GOETT, MASTERS, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, through their positions as officers, directors or equity owners, to engage in such pattern of conduct, all for the benefit of defendants LENDER-IMH, MANAGER-IMH, ALBERS, MERIS and LOEW, and each of them, and their own respective financial positions, all to the detriment of plaintiff SOUTHWEST, its Managers and its investors.

149.    As alleged above in the First through Third Causes of Action, and the Seventh and Eighth Causes of Action, based upon the statements, acts and pattern of conduct engaged in by defendants MASTERS/V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, defendants MASTERS/V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, unlawfully and illegally sold unregistered securities to plaintiff SOUTHWEST, its Managers and its investors. Each of defendants LENDER-IMH, MANAGER-IMH, ALBERS, MERIS and LOEW either had actual knowledge of or a duty of inquiry with regard to the acts and pattern of conduct and so made a necessary and vital contribution to the underlying scheme and artifice, resulting in the unlawful and illegal sale of unregistered securities to plaintiff SOUTHWEST, its Managers and its investors.

150.    Each of defendants LENDER-IMH, MANAGER-IMH, ALBERS, MERIS and LOEW, through their positions as officers, directors and equity holders, controlled defendants MASTERS/V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 76

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

COAST and GOTSES and were controlling persons of defendants MASTERS/V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, who made the misrepresentations of material fact, concealed material facts, fraudulent omissions, and/or engaged in a pattern of conduct, scheme or artifice to unlawfully and illegally sell unregistered securities to plaintiff SOUTHWEST, its Managers and its investors.

151.    In doing so, each of defendants LENDER-IMH, MANAGER-IMH, ALBERS, MERIS and LOEW, acted as an agent of each other defendant in connection with the misrepresentations of material fact, concealment of material facts, fraudulent omissions, and/or the pattern of conduct, scheme or artifice in the illegal and unlawful sale of unregistered securities to plaintiff SOUTHWEST, its Managers and its investors.

152.    Defendants LENDER-IMH, MANAGER-IMH, ALBERS, MERIS and LOEW, and each of them, participated in or knowingly acquiesced in the unlawful and illegal conduct of defendants MASTERS/V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES, and each of them, and intentionally, recklessly or negligently abdicated responsible management and conscientious supervision of defendants LENDER-IMH, and MANAGER-IMH.

153.    Each of defendants LENDER-IMH, MANAGER-IMH, ALBERS, MERIS and LOEW acted recklessly or knowingly in engaging in the foregoing conduct.

154.    As a direct and proximate result of defendants LENDER-IMH, MANAGER-IMH, ALBERS, MERIS and LOEW's conduct, plaintiff SOUTHWEST, its Managers and its investors have suffered damages and seek recovery of all general compensatory damages in an amount precisely unknown, but not less than Two Million Five Hundred Thousand Dollars

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.                    PAGE 77

($2,500,000).

155.    As a direct and proximate result of defendants LENDER-IMH, MANAGER-IMH, ALBERS, MERIS and LOEW's conduct, plaintiff SOUTHWEST, its Managers and its investors have incurred, and will continue to incur, attorneys' fees and costs in connection with this and prior litigation and defendant MASTERS/V-GOETT's bankruptcy proceedings, and plaintiff SOUTHWEST, its Managers and its investors are entitled to recover all such attorneys' fees and costs, the exact amount of which will be proven at trial, but not less than $200,000.

156.    In doing the acts alleged and by engaging in the conduct set forth herein, defendants LENDER-IMH, MANAGER-IMH, ALBERS, MERIS and LOEW, and each of them, acted with malice, oppression and with a conscious disregard for plaintiff SOUTHWEST, its Managers and its investors' rights and with the intent to defraud and cause injury to plaintiff SOUTHWEST, its Managers and its investors. Based thereon and accordingly, plaintiff SOUTHWEST, its Managers and its investors are entitled to an award of exemplary and punitive damages in an amount to be determined at trial, but in an amount not less than Two Million Five Hundred Thousand Dollars ($2,500,000) and sufficient to punish defendants LENDER-IMH, MANAGER-IMH, ALBERS, MERIS and LOEW, and each of them, and in an amount sufficient to deter and dissuade these defendants and other defendants similarly situated from engaging in such acts and/or conduct in the future.

. . .

. . .

. . .

. . .

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

PAGE 78

## ELEVENTH CAUSE OF ACTION
## RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO")

[As And Against Defendants IMH SECURED LOAN FUND LLC, an Arizona limited liability company; INVESTORS MORTGAGE HOLDINGS, INC., an Arizona corporation; SHANE ALBERS individually; WILLIAM MERIS, individually; EDWARD A. LOEW, individually; VINCENT W. GOETT, individually; MELISSA GOETT, individually; MASTERS DEVELOPMENTS PROPERTIES, LLC, an Arizona limited liability company; GRYFFON PROPERTY MANAGEMENT, LLC, an Arizona limited liability company; RON L. STEINBRUNNER, individually; EMERALD COAST PROPERTY INVESTMENTS, LLC; an Arizona limited liability company; WILLIAM GOTSES, individually; and DOES 1 through 100, Inclusive.]

157.    Plaintiff SOUTHWEST restates, realleges and incorporates herein by this reference, as though fully set forth, the Preliminary, General Allegations and Factual Bases of All Claims contained in paragraphs 1 through 68, inclusive, paragraphs 70 through 73, inclusive, of the First Cause of Action, paragraph 83, of the Second Cause of Action, paragraphs 92 through 95, inclusive, of the Third Cause of Action, paragraphs 117 through 119, inclusive, of the Sixth Cause of Action, paragraphs 135 through 138, inclusive, of the Eighth Cause of Action, and paragraphs 142 through 145, inclusive, of the Ninth Cause of Action, as though fully set forth herein.

158.    At all relevant times, plaintiff SOUTHWEST, its Managers and its investors was a "person" within the meaning of Racketeer Influenced And Corrupt Organizations Act ("RICO") 18 U.S.C. §§ 1961(3) and 1964(c).

159.    At all times relevant herein, defendants LENDER-IMH, MANAGER-IMH, SHANE ALBERS, WILLIAM MERIS and EDWARD A. LOEW (collectively, the "IMH defendants") and the conspirators were "persons" within the meaning of RICO, 18 U.S.C. §§ 1961(3) and 1962(c).

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.                    PAGE 79

160.    At all times relevant herein, defendants MASTERS, V-GOETT, R/STEINBRUNNER, EMERALD COAST and GOTSES (collectively, the "MASTERS/V-GOETT defendants") and the conspirators were "persons" within the meaning of RICO, 18 U.S.C. §§ 1961(3) and 1962(c).

161.    At all times relevant herein, the IMH defendants, the MASTERS/V-GOETT defendants and the conspirators formed an association-in-fact for the purpose of defrauding plaintiff SOUTHWEST, its Managers and its investors. This association-in-fact constituted an "enterprise" within the meaning of RICO, 18 U.S.C. § 1961(4).

162.    At all times relevant herein, this enterprise was engaged in, and its activities affected, interstate and foreign commerce, within the meaning of RICO, 18 U.S.C. § 1962(c).

163.    At all times relevant herein, the IMH defendants, the MASTERS/V-GOETT defendants and other conspirators associated with this enterprise conducted or participated, directly or indirectly, in the conduct of the enterprise's affairs through a "pattern of racketeering activity" within the meaning of RICO, 18 U.S.C. §§ 1961(5), in violation of RICO and § 1962(c).

164.    Specifically, at all relevant times, the IMH defendants, the MASTERS/V-GOETT defendants and other Conspirators engaged in "racketeering activity" within the meaning of 18 U.S.C. § 1961(1) by engaging in the acts set forth above. The acts set forth above constitute a violation of one or more of the following statutes: 18 U.S.C. § 1341 (mail fraud); and 18 U.S.C. § 1343 (wire fraud). the IMH defendants, the MASTERS/V-GOETT defendants and other Conspirators each committed and/or aided and abetted the commission of two or more of these acts or racketeering activity.

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's  COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION,  CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE  OF UNREGISTERED  SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE,  CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND  CONVERSION

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC  v. IMH SECURED LOAN FUND, ET AL.

PAGE 80

165.    The acts of racketeering activity referred to in the previous paragraph constituted a "pattern of racketeering activity" within the meaning of 18 U.S.C. § 1961(5). The acts alleged were related to each other by virtue of common participants, a common victim (plaintiff SOUTHWEST, its managers and its investors), a common method of commission, and the common purpose and common result of defrauding plaintiff SOUTHWEST, its managers and its investors of $2,500,000 and enriching the IMH defendants, the MASTERS/V-GOETT defendants and the other conspirators at plaintiff SOUTHWEST, its managers and its investors' expense while concealing the IMH defendants, the MASTERS/V-GOETT defendants and the other conspirators' fraudulent activities. The fraudulent scheme has continued for over two years since November 2005 and threatened to continue longer but for the institution of this action.

166.    As a result of the IMH defendants, the MASTERS/V-GOETT defendants and the other conspirators' violation of 18 U.S.C. § 1962(c), plaintiff SOUTHWEST, its managers and its investors lost nearly all the $2,500,000 they "invested" in the fraudulent scheme.

167.    As a result of its misconduct, the IMH defendants, the MASTERS/V-GOETT defendants and the other conspirators, and each of them individually, are liable to plaintiff SOUTHWEST, its managers and its investors for its losses in an amount to be determined at trial, but not less than Two Million Five Hundred Thousand Dollars ($2,500,000).

168.    Pursuant to RICO, 18 U.S.C. § 1964(c), plaintiff SOUTHWEST, its managers and its investors is entitled to recover threefold its damages plus costs and attorneys' fees from the IMH defendants, the MASTERS/V-GOETT defendants and the other conspirators, and each of them individually.

.   .   .

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 81

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

## TWELFTH CAUSE OF ACTION
### RICO CONSPIRACY

**[As And Against Defendants IMH SECURED LOAN FUND LLC, an Arizona limited liability company; INVESTORS MORTGAGE HOLDINGS, INC., an Arizona corporation; SHANE ALBERS individually; WILLIAM MERIS, individually; EDWARD A. LOEW, individually; VINCENT W. GOETT, individually; MELISSA GOETT, individually; MASTERS DEVELOPMENTS PROPERTIES, LLC, an Arizona limited liability company; GRYFFON PROPERTY MANAGEMENT, LLC, an Arizona limited liability company; RON L. STEINBRUNNER, individually; EMERALD COAST PROPERTY INVESTMENTS, LLC; an Arizona limited liability company; WILLIAM GOTSES, individually; and DOES 1 through 100, Inclusive.]**

169.    Plaintiff SOUTHWEST restates, realleges and incorporates herein by this reference, as though fully set forth, the Preliminary, General Allegations and Factual Bases of All Claims contained in paragraphs 1 through 68, inclusive, paragraphs 70 through 73, inclusive, of the First Cause of Action, paragraph 83, of the Second Cause of Action, paragraphs 92 through 95, inclusive, of the Third Cause of Action, paragraphs 117 through 119, inclusive, of the Sixth Cause of Action, paragraphs 134 through 138, inclusive, of the Eighth Cause of Action, paragraphs 142 through 145, inclusive, of the Ninth Cause of Action and paragraphs 158 through 166, inclusive, of the Eleventh Cause of Action,   though as though fully set forth herein.

170.    At all relevant times, plaintiff SOUTHWEST, its Managers and its investors was a "person" within the meaning of RICO, 18 U.S.C. §§ 1961(3) and 1964(c).

171.    At all times relevant herein,  defendants LENDER-IMH, MANAGER-IMH, SHANE ALBERS, WILLIAM MERIS and EDWARD A. LOEW (collectively, the "IMH defendants") were "persons" within the meaning of RICO, 18 U.S.C. §§ 1961(3) and 1962(c).

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE,  CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 82

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

172. At all times relevant herein, defendants MASTERS, V-GOETT, R/STEINBRUNNER, EMERALD COAST and GOTSES (collectively, the "MASTERS/V-GOETT defendants") were "persons" within the meaning of RICO, 18 U.S.C. §§ 1961(3) and 1962(c).

173. At all relevant times, the IMH defendants, the MASTERS/V-GOETT defendants and other conspirators formed an association-in-fact for the purpose of defrauding plaintiff SOUTHWEST, its managers and its investors. This association-in-fact was an "enterprise" within the meaning of RICO, 18 U.S.C. § 1961(4).

174. At all times relevant herein, this enterprise was engaged in, and its activities affected, interstate and foreign commerce, within the meaning of RICO, 18 U.S.C. § 1962(c).

175. As set forth in the Eleventh Cause of Action above, the IMH defendants, the MASTERS/V-GOETT defendants and each of the conspirators associated with this enterprise conducted or participated, directly or indirectly, in the conduct of the enterprise's affairs through a "patter of racketeering activity" within the meaning of RICO, 18 U.S.C. § 1961(5), in violation of RICO, 18 U.S.C. § 1962(c).

176. At all times relevant herein, the IMH defendants, the MASTERS/V-GOETT defendants and other conspirators and each of them individually, were associated with the enterprise and agreed and conspired to violate 18 U.S.C. § 1962(c), that is, agreed to conduct and participate, directly and indirectly, in the conduct of the affairs of the enterprise through a pattern of racketeering activity, in violation of 18 U.S.C. § 1962(d).

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

PAGE 83

177.    The IMH defendants, the MASTERS/V-GOETT defendants and other conspirators committed and caused to be committed a series of overt acts in furtherance of the Conspiracy and to affect the objects thereof, including but not limited to the acts set forth above.

178.    As a result of the IMH defendants, the MASTERS/V-GOETT defendants and other co-conspirators' violations of 18 U.S.C. § 1962(d), plaintiff SOUTHWEST, its Managers and its investors lost nearly all the Two Million Five Hundred Thousand Dollars ($2,500,000) "invested" in the fraudulent scheme.

179.    As a result of the Conspiracy, the IMH defendants, the MASTERS/V-GOETT defendants and other co-conspirators are liable to plaintiff SOUTHWEST, its Managers and its investors for its losses in an amount to be determined at trial, but not less than Two Million Five Hundred Thousand Dollars ($2,500,000).

180.    Pursuant to RICO, 18 U.S.C. § 1964(c), plaintiff SOUTHWEST, its Managers and its investors are entitled to recover threefold its damages, plus costs and attorneys' fees from the IMH defendants, the MASTERS/V-GOETT defendants.

### THIRTEENTH CAUSE OF ACTION
### ACCOUNTING

[As And Against Defendants VINCENT W. GOETT, individually; MELISSA GOETT, individually; MASTERS DEVELOPMENTS PROPERTIES, LLC, an Arizona limited liability company; GRYFFON PROPERTY MANAGEMENT, LLC, an Arizona limited liability company; RON L. STEINBRUNNER, individually; EMERALD COAST PROPERTY INVESTMENTS, LLC, an Arizona limited liability company; WILLIAM GOTSES, individually; and DOES 1 through 100, Inclusive.]

181.    Plaintiff SOUTHWEST restates, realleges and incorporates herein by this reference, as though fully set forth, the Preliminary, General Allegations and Factual Bases of All

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's  COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION,  CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE  OF UNREGISTERED  SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE,  CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND  CONVERSION

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC  v. IMH SECURED LOAN FUND, ET AL.

Claims contained in paragraphs 1 through 68, inclusive, paragraphs 70 through 73, inclusive, of the First Cause of Action, paragraph 83, of the Second Cause of Action, paragraphs 92 through 95, inclusive, of the Third Cause of Action, paragraphs 117 through 119, inclusive, of the Sixth Cause of Action, paragraphs 135 through 138, inclusive, of the Eighth Cause of Action, and paragraphs 143 through 145, inclusive, of the Ninth Cause of Action, as though fully set forth herein.

182.    Under Borrower FLAGSTAFF-LLC's Operating Agreement, defendants MASTERS, V-GOETT, R/STEINBRUNNER, EMERALD COAST and GOTSES committed themselves, to:

(i)    "keep(ing) books of account with respect to the business and affairs of the Company" and "(all) Members shall at all reasonable times have access to such books for inspection and/or copying at the expense of the requesting Member, after reasonable request has been made. . ." *p. 14, ¶ 6.6(a), Art. VI, Exh. B, FLAGSTAFF Oper. Agmt.;*

(ii)    preparing (a)ll federal, state and local income tax returns of the Company required to be filed for any taxable year. . . and furnished to the Members as soon as practicable after the end of the taxable year[11]. . ."; *p. 14, ¶ 6.7(a), Art. VI, Exh. B, FLAGSTAFF Oper. Agmt.;*

(iii)    Preparing, maintaining and keeping "copies of the Company's federal, state, and local tax returns and reports, if any, for the three most recent years; *p. 14, ¶ 6.6(b)(iii), Art. VI, Exh. B, FLAGSTAFF Oper. Agmt..*

183.    From the closing of the WEDGE transaction, from December, 2005 through May, 2006, Borrower FLAGSTAFF'S operations received funding in excess of Two Million Five Hundred Thousand Dollars ($2,500,000.00) through plaintiff SOUTHWEST, its Managers and its investors' investment, the sale of the Reserve Units and Buyer AZNORTH'S "pass-through earnest

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 85

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

money deposits".

184.    Since November 2005, plaintiff SOUTHWEST, its Managers and its investors have continuously requested access to or copies of FLAGSTAFF'S book and records from defendants MASTERS, V-GOETT, R/STEINBRUNNER, EMERALD COAST and GOTSES, to no avail.

185.    Since November, 2005, plaintiff SOUTHWEST, its Managers and its investors have repeatedly requested copies of FLAGSTAFF'S tax returns and their K-1's covering the years 2005 through 2007. To date, none have been provided and plaintiff SOUTHWEST, its Managers and its investors' requests have been routinely ignored.

186.    The exact amount of money due from these defendants MASTERS, V-GOETT, R/STEINBRUNNER, EMERALD COAST and GOTSES cannot be ascertained without a full and complete accounting of all monies received, expended and retained by these defendants with respect to the WEDGE transaction and the WEDGE Property.  As a matter of law, plaintiff SOUTHWEST, its Managers and its investors are entitled to such an accounting.

## FOURTEENTH CAUSE OF ACTION
### ACCOUNTING

**[As And Against Defendants IMH SECURED LOAN FUND LLC, an Arizona limited liability company; INVESTORS MORTGAGE HOLDINGS, INC., an Arizona corporation; SHANE ALBERS  individually; WILLIAM MERIS, individually; EDWARD A. LOEW, individually; and DOES 1 through 100, Inclusive.]**

187.    Plaintiff SOUTHWEST restates, realleges and incorporates herein by this reference, as though fully set forth, the Preliminary, General Allegations  and Factual Bases of All

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's  COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION,  CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE  OF UNREGISTERED  SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE,  CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND  CONVERSION

PAGE **86**

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

Claims contained in paragraphs 1 through 68, inclusive, paragraphs 70 through 73, inclusive, of the First Cause of Action, paragraph 83, of the Second Cause of Action, paragraphs 92 through 95, inclusive, of the Third Cause of Action, paragraphs 117 through 119, inclusive, of the Sixth Cause of Action, paragraphs 135 through 138, inclusive, of the Eighth Cause of Action, and paragraphs 142 through 144, inclusive, of the Ninth Cause of Action, as though fully set forth herein.

188.     Unbeknownst to plaintiff SOUTHWEST, its Managers and its investors at the time of the funding of the $8,000,000 WEDGE Loan , during the period commencing in March 2005 and continuing through November 2006, in addition to the $8,000,000 WEDGE Loan to Borrower FLAGSTAFF-LLC, defendant LENDER-IMH, through defendant MANAGER-IMH, made several loans to defendants MASTERS, its Members, defendants V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES and defendant V-GOETT controlled entities, totaling in excess of $ 30,150,000:

(i)      On or about 23 March 2005, defendant LENDER-IMH, through its defendant MANAGER-IMH, made a loan to defendant MASTERS in the maximum amount of $2,820,000 [the "**8-Lots Loan ($2,820,000)**"];

(ii)     On or about 5 May 2005, defendant LENDER-IMH, through its defendant MANAGER-IMH, made a loan to defendants V-GOETT and MT-GOETT in the maximum amount of $3,700,000 [the "**GOETT Residence Loan ($3,700,000**")];

(iii)    On or about 6 July 2005, defendant LENDER-IMH, through its defendant MANAGER-IMH, made a loan to defendant MASTERS in the maximum amount of $1,650,000 [the "**Tract M Loan ($1,650,000)**"];

(iv)     On or about December 2006, defendant LENDER-IMH, through its defendant MANAGER-IMH, made a loan to defendant MASTERS FRGC Estates Partners, a V-GOETT controlled entity, in the amount of $19,300,000 [the "**WULA Lots Loan ($19,300,000)**"]; and

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

PAGE 87

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

(v)    On or about 16 March 2006, defendant LENDER-IMH, through it defendant MANAGER-IMH, made a loan to defendant MASTERS in the maximum amount of $2,680,000 [the "**Tract I Loan ("$2,680,000)**].

189.    Unbeknownst to plaintiff SOUTHWEST, its Managers and its investors until shortly before the initiation of this litigation, as to each of these various above-referenced loans made to defendants MASTERS, and its Members, V-GOETT, MT-GOETT, GRYFFON Entities, R/STEINBRUNNER, EMERALD COAST and GOTSES and defendant V-GOETT controlled entities matured, defendant LENDER-IMH, through defendant MANAGER-IMH, entered into a continuous stream of modifications, extensions and amendments, for the sole purpose of extending the maturity of these loans and improvised various strategies and methodologies solely intended to create the illusion that these loans were "current", "performing" and not "in default".

190.    Plaintiff SOUTHWEST is informed and believes and thereon alleges that, at various times presently unknown to plaintiff SOUTHWEST, on a regular and consistent basis, defendants LENDER-IMH, MANAGER-IMH, ALBERS, MERIS and LOEW systematically and illegally transferred funds from various defendants MASTERS/V-GOETT controlled borrowing entities, including Borrower FLAGSTAFF-LLC WEDGE Loan, to other defendants MASTERS/V-GOETT controlled borrowing entities. These interloan fund transfers were not authorized by any of the investors or investor groups that were part of these various defendants MASTERS/V-GOETT controlled entities.

191.    As a result, various amounts are due to various parties and the exact

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's  COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION,  CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE  OF UNREGISTERED  SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE,  CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND  CONVERSION

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

amount of money due from Defendants LENDER-IMH, MANAGER-IMH, ALBERS, MERIS and LOEW, and each of them, cannot be ascertained without a full and complete accounting of all the various loan accounts, namely the Tract I Loan ($2,680,000), the Tract M Loan ($1,650,000), the 8-Lots Loan, and WULA Lots Loan ($19,300,000).

192.    As a matter of law, plaintiff SOUTHWEST, its Managers and its investors are entitled to such an accounting.

## FIFTEENTH CAUSE OF ACTION
## CONVERSION

**[As And Against Defendants VINCENT W. GOETT,  individually; MELISSA GOETT, individually; MASTERS DEVELOPMENTS PROPERTIES, LLC, an Arizona limited liability company; GRYFFON PROPERTY MANAGEMENT, LLC, an Arizona limited liability company; RON L. STEINBRUNNER, individually; EMERALD COAST PROPERTY INVESTMENTS, LLC, an Arizona limited liability company; WILLIAM GOTSES, individually;  and  DOES 1 through 100, Inclusive.]**

193.    Plaintiff SOUTHWEST restates, realleges and incorporates herein by this reference, as though fully set forth, the Preliminary, General Allegations  and Factual Bases of All Claims contained in paragraphs 1 through 68, inclusive, as though fully set forth herein.

194.    Commencing in November 2005 and continuing through June 2006, defendants MASTERS, V-GOETT, R/STEINBRUNNER, EMERALD COAST and GOTSES converted and misappropriated from plaintiff SOUTHWEST, its managers and its investors a sum in excess of Two Million Five Hundred Thousand  ($2,500,000) in the form of cash and checks, which monies were given either directly to defendants MASTERS, V-GOETT, R/STEINBRUNNER, EMERALD COAST and GOTSES by plaintiff SOUTHWEST, *in trust*, on behalf of plaintiff SOUTHWEST and Borrower FLAGSTAFF-LLC for the WEDGE transaction and WEDGE

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's  COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE  OF UNREGISTERED  SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE,  CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND  CONVERSION

PAGE 89

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

Property, which plaintiff SOUTHWEST, its managers and its investors believed would be expended for the benefit of Borrower FLAGSTAFF-LLC and plaintiff SOUTHWEST for the WEDGE transaction and WEDGE Property.

195.    Defendants MASTERS, V-GOETT, R/STEINBRUNNER, EMERALD COAST and GOTSES illegally "siphoned off" and misappropriated the entire sum of Two Million Five Hundred Thousand ($2,500,000) from and belonging to plaintiff SOUTHWEST and Borrower FLAGSTAFF-LLC, converting the entire sum for their own personal use and possession.

## ON THE FIRST THROUGH FOURTH AND SIXTH CAUSES OF ACTION

1.    Compensatory and consequential damages in an amount according to proof at the time of trial, but not less than Two Million Five Hundred Thousand Dollars ($2,500,000), together with interest thereon as permitted by law;

2.    Special damages, according to proof at the time of trial;

3.    Exemplary and/or punitive damages in an amount to be determined at trial, but not less than Two Million Five Hundred Thousand Dollars ($2,500,000);

## ON THE FIFTH AND SEVENTH CAUSES OF ACTION

4.    Compensatory and consequential damages in an amount according to proof at the time of trial, but not less than Two Million Five Hundred Thousand Dollars ($2,500,000), together with interest thereon as permitted by law;

5.    Special damages, according to proof at the time of trial;

6.    Exemplary and/or punitive damages in an amount to be determined at trial, but not less than Two Million Five Hundred Thousand Dollars ($2,500,000);

. . . .

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION, CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE OF UNREGISTERED SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE, CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND CONVERSION

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

PAGE 90

## ON THE  EIGHTH AND NINTH CAUSES OF ACTION

7.    Compensatory and consequential damages in an amount according  to proof at the time of trial, but not less than Two Million Five Hundred Thousand Dollars ($2,500,000), together with interest thereon as permitted by law;

8.    Special damages, according to proof at the time of trial;

9.    Exemplary and/or punitive damages in an amount to be determined at trial, but not less than Two Million Five Hundred Thousand Dollars  ($2,500,000);

## ON THE TENTH CAUSE OF ACTION

10.    Compensatory and consequential damages in an amount according to proof at the time of trial, but not less than Two Million Five Hundred Thousand Dollars ($2,500,000), together with interest thereon as permitted by law;

11.    Special damages, according to proof at the time of trial;

12.    Exemplary and/or punitive damages in an amount to be determined at trial, but not less than Two Million Five Hundred Thousand Dollars  ($2,500,000);

## ON THE ELEVENTH AND TWELFTH CAUSES OF ACTION

13.    Compensatory and consequential damages in an amount according  to proof at the time of trial, but not less than Two Million Five Hundred Thousand Dollars ($2,500,000), together with interest thereon as permitted by law;

14.    Pursuant to RICO, 18 U.S.C. § 1964(c),  trebling of its compensatory and consequential damages, plus costs and attorneys' fees;

## ON THE THIRTEENTH AND FOURTEENTH CAUSES OF ACTION

15.    Full and complete accounting;

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's  COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION,  CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE  OF UNREGISTERED  SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE,  CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND  CONVERSION

PAGE **91**

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC v. IMH SECURED LOAN FUND, ET AL.

## ON THE FIFTEENTH CAUSE OF ACTION

16.    Compensatory and consequential damages in an amount according to proof at the time of trial, but not less than Two Million Five Hundred Thousand Dollars ($2,500,000), together with interest thereon as permitted by law;

## ON ALL CAUSES OF ACTION

17.    Prejudgment interest on all damages as permitted by law;

18.    Reasonable attorneys' fees and costs of litigation, as  permitted by law;

19.    Costs of suit herein; and

20.    Such other and further relief, as the Court deems just and proper.

WOLFGANG F. HAHN + ASSOCIATES

Dated:    22 July 2008

By: _____
WOLFGANG F. HAHN
Attorneys for Plaintiff
SOUTHWEST PROPERTY
INVESTMENT COMPANY, LLC

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's  COMPLAINT FOR FRAUD -INTENTIONAL MISREPRESENTATION,  CONCEALMENT, NONDISCLOSURE, AIDING AND ABETTING FRAUD, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY, VIOLATION OF ARIZONA SECURITIES LAWS, SALE  OF UNREGISTERED  SECURITIES BY UNREGISTERED SALESPERSON IN VIOLATION OF ARIZONA SECURITIES LAWS, AIDING AND ABETTING VIOLATION OF ARIZONA SECURITIES LAWS, AND SECONDARY LIABILITY UNDER THE ARIZONA SECURITIES LAW FRAUD STATUTE,  CIVIL LIABILITY UNDER RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), ACCOUNTING AND  CONVERSION

PAGE 92

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC  v. IMH SECURED LOAN FUND, ET AL.