**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

SOUTHWEST PROPERTY
INVESTMENT COMPANY, LLC

)
)
Plaintiff(s)/Petitioner(s),     )
)        **CASE NO:**
)
vs.                             )
IMH SECURED LOAN FUND, LLC      )    **Application of Attorney For Admission To Practice**
et al.                          )    **Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)**
__Defendant(s)/Respondent(s)__  )

NOTICE: Please submit the $100 fee with your application.

I, __WOLFGANG F. HAHN__, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of __SOUTHWEST PROPERTY INVESTMENT COMPANY__

CITY AND STATE OF PRINCIPAL RESIDENCE: __La Jolla, California__

FIRM NAME: __Wolfgang F. Hahn + Associates__

ADDRESS: __7160 Caminito Pepino__                          SUITE: _____

CITY: __La Jolla__        STATE: __CA__    ZIP: __92037__

FIRM/BUSINESS PHONE: (858) 535.1000

FIRM FAX PHONE: ( 858 ) 456.5080     E-MAIL ADDRESS: __ellobofe@sbn.rr.com__

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING (circle) |
|---|---|---|
| All Courts, State of California | 12.1974 | (Yes) / No* |
| United States District Court (Southern District - California) | 1975 | (Yes) / No* |
| United States District Court (Northern District) | May 2008 | (Yes) / No* |

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| CASE NUMBER | TITLE OF ACTION | DATE GRANTED OR DENIED* |
|---|---|---|
| | | |
| | | |

*EXPLAIN: _____

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**

If you answer YES to either of the following questions, please explain all circumstances on a separate page.
    Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   Y (N)
    Have you ever been disbarred from practice in any Court?   Y (N)

**I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I have read and will ascribe to the Standards for Professional Conduct, and will comply with LRCiv 83.1(c).**

17 July 2008
_____
Date

_____
Signature of Applicant

pkx0073705

(Rev. 11/06)

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA    } ss.

I, W. Samuel Hamrick, Jr., Clerk of the United States District Court for the

Southern District of California,

DO HEREBY CERTIFY That Wolfgang Hahn was duly admitted to practice in said

Court on 12/8/1974, and is in good standing as a member of the bar of said Court

Dated at San Diego, CA                    W. SAMUEL HAMRICK, JR.
                                                              Clerk

on July 18, 2008                     By _Elizabeth Burl_ ,
                                                            Deputy Clerk