Wolfgang F. Hahn, Esq. (SBN # 061385)
WOLFGANG F. HAHN + ASSOCIATES
7160 Caminito Pepino
La Jolla, California 92037
Telephone :   858. 535. 1000
Telecopier :   858. 456. 5080
E-Mail      :   ellobo1@san.rr.com

[SPACE BELOW PROVIDED FOR FILING STAMP ONLY]

John F. Fitzmaurice, Esq. (SBN # 061129)
FITZMAURICE & DEMERGIAN
1061 Tierra del Rey, Suite 204
Chula Vista, California 91910
Telephone :   619. 591. 1000
Telecopier :   619. 591. 1010
E-Mail      :   fitz01@earthlink.net

Attorneys for Plaintiff SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC, a California limited liability company; <br><br> Plaintiffs, <br><br> v. <br><br> IMH SECURED LOAN FUND, LLC, a Delaware limited liability company; INVESTORS MORTGAGE HOLDINGS, INC., an Arizona corporation; MASTERS DEVELOPMENTS PROPERTIES, LLC, an Arizona limited liability company; GRYFFON PROPERTY MANAGEMENT, LLC, an Arizona  limited liability company;  GRYFFON INVESTEMENTS, an entity of unknown type and origin; GRYFFON TRUST, an entity of unknown type and origin;  SHANE ALBERS, an individual; WILLIAM MERIS, an individual; EDWARD A. LOEW, an individual; VINCENT W. GOETT, an individual; MELISSA GOETT, nee MELISSA TURNER-GOETT, an | Case No.    GV 08 1359 PHX SRB <br><br><br> **CORPORATE DISCLOSURE STATEMENT** <br><br><br><br> *[Fed. Rule Civ. Proc § 7.1)]* |

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's
CORPORATE DISCLOSURE STATEMENT

PAGE 1

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC  v. IMH SECURED LOAN FUND, ET AL.

individual; RON L. STEINBRUNNER, an individual; BRITTNEY L. STEINBRUNNER, an individual; EMERALD COAST INVESTMENT PROPERTIES, LLC, an Arizona limited liability company; WILLIAM D. GOTSES, an individual; and DOES 1 Through 100, inclusive;

Defendants.

**THIS CORPORATE DISCLOSURE STATEMENT** is filed on behalf of plaintiff SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's ("plaintiff SOUTHWEST") in compliance with Rule § 7.1, Federal Rules of Civil Procedure, which requires that a non-governmental party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10.0% or more of its stock or states that there is no such corporation:

  _x_    Plaintiff SOUTHWEST declares that there is no such corporation.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

WOLFGANG F. HAHN + ASSOCIATES

Dated:    28 July 2008             By:  /s/_____
                                    WOLFGANG F. HAHN
                                    Attorneys for Plaintiff
                                    SOUTHWEST PROPERTY
                                    INVESTMENT COMPANY, LLC

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC  v. IMH SECURED LOAN FUND, ET AL.