# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC, a California limited liability company, | No. CV081359 PHX SRB |
| Plaintiffs, | **PROPOSED ORDER** |
| v. | |
| IMH SECURED LOAN FUND, LLC, a Delaware limited liability company; INVESTORS MORTGAGE HOLDINGS, INC., an Arizona corporation; MASTERS DEVELOPMENTS PROPERTIES, LLC, an Arizona limited liability company; GRYFFON PROPERTY MANAGEMENT, LLC, an Arizona limited liability company; GRYFFON INVESTMENTS, an entity of unknown type and origin; GRYFFON TRUST, an entity of unknown type and origin; SHANE ALBERS, an individual; WILLIAM MERIS, an individual; EDWARD A. LOEW, an individual; VINCENT W. GOETT, an individual; MELISSA GOETT, nee MELISSA TURNER-GOETT, an individual; RON L. STEINBRUNNER, an individual; BRITTNEY L. STEINBRUNNER, an individual; EMERALD COAST INVESTMENT PROPERTIES, LLC, an Arizona limited liability company; WILLIAM D. GOTSES, an individual; and DOES 1 Through 100, inclusive, | |
| Defendants. | |

DB04/803569.0083/806369.1

Having reviewed the Stipulation to Dismiss Defendant Edward A. Loew Without Prejudice and the Stipulation Regarding Deadline to Respond to Complaint, and good cause appearing therefor, it is hereby

ORDERED dismissing Defendant Edward A. Loew from this lawsuit, without prejudice.

IT IS FURTHER ORDERED that the causes of action against Defendant Edward A. Loew being dismissed hereby, to the extent they are re-alleged in this lawsuit, shall relate back to the date on which this lawsuit was originally filed.

IT IS FURTHER ORDERED that Defendants IMH Secured Loan Fund, LLC, Investors Mortgage Holdings, Inc., Shane Albers, and William Meris shall have to and through November 15, 2008 to file their Answer or otherwise respond to the Complaint filed in this matter.

Dated this 20th day of October, 2008.

_Frederick J. Martone_

Frederick J. Martone
United States District Judge

FOR JUDGE SUSAN R. BOLTON

2

DB04/803569.0083/806369.1