**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC, a California limited liability company, | No. CV08-1359 PHX SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| IMH SECURED LOAN FUND, LLC, a Delaware limited liability company; INVESTORS MORTGAGE HOLDINGS, INC., an Arizona corporation; MASTERS DEVELOPMENTS PROPERTIES, LLC, an Arizona limited liability company; GRYFFON PROPERTY MANAGEMENT, LLC, an Arizona limited liability company; GRYFFON INVESTMENTS, an entity of unknown type and origin; GRYFFON TRUST, an entity of unknown type and origin; SHANE ALBERS, an individual; WILLIAM MERIS, an individual; VINCENT W. GOETT, an individual; MELISSA GOETT, nee MELISSA TURNER-GOETT, an individual; RON L. STEINBRUNNER, an individual; BRITTNEY L. STEINBRUNNER, an individual; EMERALD COAST INVESTMENT PROPERTIES, LLC, an Arizona limited liability company; WILLIAM D. GOTSES, an individual; and DOES 1 Through 100, inclusive, | |
| Defendants. | |

DB04/803569.0083/904031.1 DD02

Having reviewed the Stipulation to Extend Deadline, and good cause appearing therefor, it is hereby

ORDERED that Defendants IMH Secured Loan Fund, LLC, Investors Mortgage Holdings, Inc., Shane Albers, and William Meris shall have to and through January 15, 2009 to file their Answer or otherwise respond to the Complaint filed in this matter.

Dated this 16th day of December, 2008.

Susan R. Bolton
United States District Judge

2

DB04/803569.0083/904031.1 DD02