Wolfgang F. Hahn, Esq. (SBN # 061385)
WOLFGANG F. HAHN + ASSOCIATES
7160 Caminito Pepino
La Jolla, California 92037
Telephone :   858. 535. 1000
Telecopier :   858. 456. 5080
E-Mail      :   ellobo1@san.rr.com

[SPACE BELOW PROVIDED FOR FILING STAMP ONLY]

John F. Fitzmaurice, Esq. (SBN # 061129)
FITZMAURICE & DEMERGIAN
1061 Tierra del Rey, Suite 204
Chula Vista, California 91910
Telephone :   619. 591. 1000
Telecopier :   619. 591. 1010
E-Mail      :   fitz01@earthlink.net

Attorneys for Plaintiff SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC, a California limited liability company;<br><br>                                    Plaintiffs,<br><br>v.<br><br>IMH SECURED LOAN FUND, LLC, a Delaware limited liability company; INVESTORS MORTGAGE HOLDINGS, INC., an Arizona corporation; MASTERS DEVELOPMENTS PROPERTIES, LLC, an Arizona limited liability company; GRYFFON PROPERTY MANAGEMENT, LLC, an Arizona  limited liability company;  GRYFFON INVESTEMENTS, an entity of unknown type and origin; GRYFFON TRUST, an entity of unknown type and origin;  SHANE ALBERS, an individual; WILLIAM MERIS, an individual; EDWARD A. LOEW, an individual; VINCENT W. GOETT, an individual; MELISSA GOETT, nee MELISSA TURNER-GOETT, an | Case No.    2:08-cv-01359 PHX SRB<br><br>**NOTICE OF VOLUNTARY DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE  § 41(a)(1)**<br><br><br><br><br>*[Fed. Rule Civ. Proc § 41(a)(1)]* |

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's  NOTICE OF VOLUNTARY DISMISSAL
UNDER FEDERAL RULE OF CIVIL PROCEDURE  § 41(a)(1)

PAGE 1

SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC  v. IMH SECURED LOAN FUND, ET AL.

individual; RON L. STEINBRUNNER, an individual; BRITTNEY L. STEINBRUNNER, an individual; EMERALD COAST INVESTMENT PROPERTIES, LLC, an Arizona limited liability company; WILLIAM D. GOTSES, an individual; and DOES 1 Through 100, inclusive;

Defendants.

**NOTICE IS HEREBY GIVEN THAT** plaintiff SOUTHWEST PROPERTY INVESTMENT COMPANY, LLC's ("plaintiff  SOUTHWEST") dismisses, without prejudice, under Rule 41(a)(1) of the Federal Rules of Civil Procedure, its action, in its entirety, as and against ALL defendants.

WOLFGANG F. HAHN + ASSOCIATES

Dated:      17 December 2008            By: _____
                                                          WOLFGANG F. HAHN
                                                          Attorneys for Plaintiff
                                                          SOUTHWEST PROPERTY
                                                           INVESTMENT COMPANY, LLC

## PROOF OF SERVICE

I hereby certify that on the 17th day of December, 2008, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF; and that ECF will send an e-notice of the electronic filing to:

To the following ECF participants:

T. Michael Daggett Esq.
Christian C. M. Beams, Esq.

**STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Email:  **mdaggett@stinson.com**

Attorneys for Defendants IMH Secured Loan Fund, LLC, Investors Mortgage Holdings, Inc., Shane Albers and William Meris

Mailed by First Class Mail, postage paid, to the following non-ECF participants:

None

Mailed a Courtesy Hard Copy to:        Judge Susan R. Bolton

/s/  Wolfgang F. Hahn